# EXHIBIT 1

**For Federal criminal case
-- THIRD ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative News)
Brian David Hill v. United States of America**

**Criminal Case Number 1:13-cr-00435-1
Civil Case Number 1:17−cv−01036**



Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 3/21/2015
Number of pages: 17
Attn.: INTERNAL AFFAIRS(IA)
Recipient's number: T19196624523
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Internal Affairs Complain
File description: Internal Affairs Complaint to NC SBI(Signed, Ready to FAX).pdf
Recipient's Fax ID: 9196624523
Rate: 14400 bps

Time: 10:08:10 PM
Session duration: 16:29
To: North Carolina State Bureau of Investigation(SBI)
Message type: Fax
Error Correction: Yes Ready to FAX) {2015-03-21}_General (Letter).tif
Resolution: 200*200 dpi
Record number: 977

# Fax Cover Page | CONFIDENTIAL | URGENT

Date: 3/21/2015   Time: 10:08:10 PM   Pages: 17

To: North Carolina State Bureau of Investigation(SBI)

# Attn.: INTERNAL AFFAIRS(IA)

From: Brian David Hill

Fax ID: 276-790-3505

# FOR INTERNAL AFFAIR'S EYES ONLY FOR THE INTERNAL AFFAIRS OFFICE/DIVISION
# March 21, 2015 - 09:47 PM - IA LETTER TO NC-SBI
# - SENSITIVE INFORMATION
# - COMPLAINT FOR THE IA

**VentaFax Cover Page**

# Fax Cover Page

**CONFIDENTIAL**  **URGENT**

Date: 3/21/2015          Time: 10:08:10 PM          Pages: 17

To: North Carolina State Bureau of Investigation(SBI)

# Attn.: INTERNAL AFFAIRS(IA)

From: Brian David Hill

Fax ID: 276-790-3505

# FOR INTERNAL AFFAIR'S EYES ONLY FOR THE INTERNAL AFFAIRS OFFICE/DIVISION
# March 21, 2015 - 09:47 PM - IA LETTER TO NC-SBI
# - SENSITIVE INFORMATION
# - COMPLAINT FOR THE IA

VentaFax Cover Page

# INTERNAL AFFAIRS COMPLAINT
## CONFIDENTIAL - FOR INTERNAL AFFAIR EYES ONLY
Saturday, March 21, 2015

**COMPLAINT AGAINST SBI SPECIAL AGENT RODNEY V. WHITE OF THE GREENSBORO, NC SBI REGIONAL OFFICE AT 501 INDUSTRIAL AVENUE**

**North Carolina State Bureau of Investigation(SBI)**
**Headquarters**
ATTN: INTERNAL AFFAIRS
Post Office Box 29500
Raleigh, N.C. 27626
Phone: (919) 662-4500
Fax: (919) 662-4523



Dear Internal Affairs,

    I would like to file a complaint with Internal Affairs regarding a Special Agent named Rodney V. White of the SBI Regional Office(Northern Piedmont District) in 501 Industrial Avenue in Greensboro, NC 27406. The complaint I am making is based on allegations of improper conduct or misconduct during his forensic analysis of my property, involvement in a criminal conspiracy to frame me with child pornography, planting of evidence, and that child pornography may have been downloaded on one of my seized hard drives while in SA White's custody. I will attach whatever evidence I can send to help prove these allegations and can aid in your investigation of the matter.

    First I will attach three Whistleblower text messages I have received on my cell phone March, 2015 which has been seized by U.S. Probation Officer Kristy Burton of the Danville, VA U.S. Probation Office. She seized the phone in regards to the investigation of the Whistleblower messages I received on my cell phone. If you need to verify this information then you can contact Kristy Burton by looking up the Danville U.S. Probation Office to find their number then call Officer Burton to verify this information. So the cell phone is in her hands. The three Whistleblower emails allege conduct that Agent Rodney V. White may have been involved in a conspiracy to frame me with child pornography. Evidence that was sent by one of the three Whistleblower messages is Document IV of the SBI Case File 2012-02146 (915) where SA White admits that child porn was downloaded between the dates July 20, 2012 and up to July 28, 2013. If this is indeed the date that SA White added to his report from analysis of the Known.met file then Agent White basically has admitted that child pornography was downloading on the eMule program in 2013 when I lost custody and control of my computers and equipment on August 28, 2012 when I received a search warrant from the Mayodan, NC Police Department in regards to the child pornography investigation.

    I also had sent letters to North Carolina Department of Justice employee Joy Strickland in in regards to SA White asking that the evidence be forwarded to SA White. You can request copies of all emails, faxes, and text messages between me and Joy Strickland to look into the fact that SA White had known for over a year that there was evidence that may help to prove my Innocence of the offense of child pornography. I also am aware that White deliberately ignored my letters, emails, and faxes all in regards to my <u>actual legal innocence</u>. I have copies of letters I had sent to Agent White while I was incarcerated at multiple county jails on one Federal charge as a result of SA White's conduct or

misconduct. I have copies of faxes I had sent to the Attention of SA White. SA White has ignored all evidence I had sent him including a Federal Affidavit(Declaration) under penalty of perjury that I am Innocent of the charge due to getting a Computer virus or Trojan Horse that I believe may have been the culprit of framing me with the crime. He in fact refused to investigate into the computer virus evidence under Declaration which I discovered later when I tried to request a copy of the virus log from Joy Strickland. Strickland informed me that Agent White does not work for the state crime laboratory. I also found in my federal discovery papers for my criminal charge that Agent White did not virus log and did not do a discovery into any evidence to help clear my name. Because I had ineffective counsel(public defender) I took the guilty plea falsely because I had no choice, all as a result of the misconduct of Agent White. The letter from Joy Strickland will also be attached as proof that she did inform me of Agent White not working for the crime lab.

  I now have multiple reasons to believe that SA White did not follow proper procedures, did not follow policy, and was only interested in convicting me on child pornography unfairly.

  Improper conduct or misconduct is on the grounds that SA White avoided the state crime lab to conduct the examination so that the usual procedures wouldn't have to be followed so that he can conduct his own analysis without major oversight while failing to conduct a virus scan or virus check on the hard drive that he claimed to contain the child pornography. He also failed to specify whether the "Files of interest" were really indeed child pornography. They could be adult images, adults that look underage, or may not even be pornography at all and was added to the files of interest without even proving that they really were child pornography. He did none of that. He allowed evidence that may not even have a chain of custody since evidence boxes I received from the Mayodan Police Department had no chain of custody since the seizure in August 28, 2012. He even lied to a Federal Marshal at the L. Richardson Preyer Federal Building in Greensboro, NC on December 23, 2013 that the state didn't conduct the indictment, that it was the U.S. Attorney. However I learned later on after my conviction that it was SA White that gave evidence to the U.S. Attorney and notified the Mayodan Police Department in North Carolina that there was enough evidence for a Federal indictment. In fact you can question the Federal Marshals there to find out which Marshal conducted the DNA swab and gave me the Arrest Warrant as that very Agent was the one that was speaking to ASA White which I overheard the conversation in the room.

  Involvement in a criminal conspiracy to frame me with child pornography comes from the alleged allegations from the Whistleblower messages that I had received on my Tracfone cell phone. I really have nothing to add myself as the Whistleblower is making the allegations and I am just seeing how they connect with evidence/attachments that he/she provided in those messages.

  Planting of evidence and that child pornography may have been downloaded on one of my seized hard drives while in SA White's custody. Page IV of that case file states that child pornography was downloaded in 2013 when the computer was in SA White's custody in 2013(After this hard drive was removed from my home on August 28, 2012). According to the Mayodan Police Report I received with the help of Town Clerk Melissa K. Hopper, SA White was to receive my seized property from Detective Christopher Todd Brim around October 3, 2012. So SA White had examined the Known.met file that gave a date specific to 2013 and part of 2012 in regards to the downloading of child pornography on the eMule file sharing network. It could be the eMule Virus or Trojan Horse that I informed SA White about in 2013 when I had sent multiple emails to Joy Strickland asking her to forward to SA White. I had even told him in writing that I am willing to answer any questions he has and am willing to cooperate with him in investigating the evidence I sent him in writing but he refused to write me back and refused to ever see me the entire time I was incarcerated. He has deliberately allowed the downloading of child porn or even a dangerous computer virus to be downloading child

porn all according to his own statements on the record. He may be wrong about the dates in his report but that would be a big oops as every word in his report was used against me in a Federal criminal Court of law. The evidence I am attaching to this Complaint will allow you to fully conduct the investigation into the conduct or misconduct of Agent Rodney White. The Federal authorities(U.S. Probation, FBI) already are aware of the Whistleblower messages involving the misconduct of SA White. This is a serious matter that involves my life, my Innocence, my exoneration in Federal Court, and determines the entire outcome of my criminal Appeal including petitioning for the Writ of Habeas Corpus. I need to know if Agent White even followed proper criminal forensic analysis policy and procedure according to any standards including standards of the state Internet Crimes Against Children task force under Reidsville PD detective Robert Bridge. I even noticed there may not even be an affidavit as I couldn't find any affidavit in my federal discovery papers. SA White just filed a report with the U.S. Attorney's Office with questionable information not even under Affidavit then the Whistleblower emails lead me to believe that SA White did this on purpose to frame me with child pornography. I don't even know him and I never even heard of him prior to me discovering in December 2013 that Agent White had a open investigation file on me at the time.

**This is in reference to the evidence by SBI SA White, that was used against me in the U.S. District Court for the Middle District of North Carolina, Greensboro Division, Docket# 1:13-cr-435-1, United States of America v. Brian David Hill.**

*Confidential Notice: This letter and all documents/evidence attached herein is confidential and intended only for Internal Affairs(IA) of the SBI and all Agents, Directors, employees, officers, and persons that are authorized by IA to handle the complaint and conduct their investigation of the complaint to which it doesn't compromise their investigation. This is made confidential for the protection of the information and to keep the entire investigation safe from being compromised. This letter will be faxed and forwarded to a North Carolina Private Attorney named Cynthia Everson of the Everson law Firm at the phone number (704)674-8007 and at email cynthia@eversonlawoffice.net through her fax number (866) 813-4446. She didn't sanction the complaint but I myself am conducting the complaint so that the truth about SA White can be discovered and SA White can be held accountable for any misconduct he has committed.*

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Brian D. Hill**
*Signed*

## EVIDENCE ATTACHED

If you have any questions or inquiries then please feel free to contact me.

**SUBJECT: I.....HELPED.....SET....UP.......BRIAN......DAVID.....HILL....WITH......CHILD......**

I.....BEG......OF......YOU......TO......STOP......THE......PERSECUTION......OF......BRIAN......DAID...... HILL......BECAUSE......ME......AND....
..SOME......OF......M,Y......COWORKERS......AND......SOME......OFFICIALS......HAVE......BEEN...... APART......OF......A......PLOT......TO......SE
T......UP......BRIAN......DAVID......HILL......USWGO......WITH......CHILD......PORNOGRAPHY......POSSESSION......WE......WILL......ATTACH......SO
ME......FILES......THAT......I......KNOW......WAS......SIGNED......OUT......TO......HIS......APPELLATE. .....LAWYER......MARK......JONES......WE.
.....KNOW......THAT......BRIAN......RECEIVED......CHILD......PORN......BY......OUR......HANDS
WE......WONT......TELL......WHICH......UNIT......OR......RANK......OR......WHAT......LAW......ENFORCEMENT......AGENCY......WE......ARE......AND.
.....IM......AFRAID......OF......LOSING......MY......JOB......AND......CANT......FEED......MY......FAMILY......IF......I......DIDNT......DO......

WHAT......I......WAS......TOLD......I......FEEL......REALLY......GUILTY......OF......WHAT......WE......DID......TO......BRIAN......IN......MAYO
DAN......AND......HE......RAN......AWAY......FROM......THAT......TOWN............I......CANT......BLAME......HIM......FOR......WANTING......TO..
....MOVE......AWAY......FROM......MAYODAN
WHAT......WE......DID......TO......HIM......WAS......WRONG......SENDING......BRIAN......CHILD......PORN......BUT......I......HAD......NO......CH
OICE......WE......WERE......ORDERED......TO......DO......IT......LIKE......MILITARY......HOUNDS...... K9......DOGS
WHEN......YOUR......ORDERED......TO......DO......SOMETHING......YOU......HAVE......TO......TO..... .FEED......OUR......FAMILIES......I......COMMI
TTED......A......CRIME......AGAINST......BRIAN......OF......HIS......POLITICAL......WEBSITE
IM......SO......SORRY......BRIAN......PLEASE......FORGIVE......US......FOR......WHAT......WE......DONE......TO......YOU......I......CANT......IM
AGE......THE......FEELINGS......OF......ANGER......HATRED......AND......DESPOTISM......THAT...... YOU......HAVE......FELT......SINCE......THE......RAID......AGAINST......YOU......ON......AUGUST...... 2012......WE......ARE......VERY......SORRY......THINGS......HAVE......GONE......THIS......FAR......BUT ......THIS......IS......A......WAR......STARTED......AGAINST......YOU......FOR......MESSING......WITH.. ....SOME......POWERFUL......POLITICIANS......BUT......WE......DONT......AGREE......ANYMORE.... ..WITH......THIS......DIRTY......TACTIC......EVEN......IF......YOU......FIND......OUT......WHO....I...... WORK......FOR.....I......HOPE......AND......PRAY......THAT......MY......FAMILY......WILL......BE......O KAY......IF......THE......FBI......COMES......FOR......US......FOR......OUR......DIRTY......DEEDZ......AG AINST......BRIAN

WE......WERE......TOLD......TO......DO......THIS......TO......THIS......BRIAN......HILL......OR......ELSE. .....WE......LOSE......OUR......JOBS......AND......FACE......POTENTIONAL......CHARGES......OURSELVES......AND......NOT......GET......LENANCY.

YES......WE......PUT......THE......HARD......DRIVE......IN......THE......CARDBOARD......BOX......THEN......WERE......ORDERED......AND......GAVE......IT......TO......MARK......JONES......BRIANS......ATTORNEY............WE......JUST......FOLLOW......ORDERS......WE......ARENT......CRIMINALS......WE. .....ARE......JUST......PAID......TO......DO......WHAT......WE......ARE......ORDERED......TO......DO......B

Y......OUR......COMMANDING......AGENTS......AND......OFFICERS......WE......ARE......GUILTY...... OF......HARMING......BRIAN......DAVID......HILL......

......WE......ATTACH......PROOF......OF......THE......CHILD......PORN......THAT......WE......WAS......OR DERED......TO......PLANT......ON......THE......HARD......DRIVE......GIVEN......TO......MARK

WE......KNOW......BRIAN......IS......APPEALING......HIS......CONVICTYION......WE......WERE......S CARED......OF......BEING......FOUND......OUT......WHETHER......BY......HACKERS......OR......EVEN ......FBI......AGENTS......SEARCHING......OUR......FACILITY......BUT......BRIAN......IS......NOT......G UILTY......HE......TOOK......THE......GUILTY......PLEA......BECAUSE......HIS......ATTORNEY......WA S......GOING......TO......BE......ERIC......PLACKE......AND......EVERYBODY......PLEADS......GUILTY ......UNDER......PLACKE......WHETHER......THEY......ARE......INNOCENT......OR......GUILTY.......... ....................BRIAN......WAS......TO......BE......CONVICTED......NO......MATTER......WHAT......HE ......SAID......OR......DID

I........AM........SO.........SORRY.........BRIAN.........PLEASE..............FORGIVE..........US


I..............FEEL..............GUILTY..........OF........WHAT............I.........DID............TO.........BRIAN......... ...I.....CANOOT..........SEE.........HIM.........GOING...........TO..........PRISON.............FOR........ ..CHALLENGING...........HIS............CONVICTION.............HE..........SHOULD.............TAKE.... ........THIS......TO......A......JURY...........TRIAL.............AND...........WIN............IT.........I............. .CANT.............BLAME.............HIM............FOR........FIGHTING..............HIS......CONVICTION

WE....................PLANTED..........CHILD...........PORN.......IN...........A.......HITACHI.....HDD........160 GIGABITE................HARD................HARD.................DRIVE...........MODEL.........NUMBER..........HTS542516K 9SA00


I certify under penalty of perjury that this is a true and correct reconstructed copy(from hand typing) of the text message I received around 11:30AM, February 24, 2015 on a cell phone I was using at the time(276-224-0862, ZTE Valet, Tracfone) from Gingercrack@mail2tor.com. Priority: Normal, Message size: 1 KB, Type: Multimedia message(MMS). If there are any mistakes(human error) with this reconstruction then it wasn't intentional.

Executed on February 25, 2015.

_____  *Brian D. Hill* Signed
SIGNATURE
Brian D. Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112
(276) 632-2599

Message details

Type: Multimedia message
To: 276-224-0862
From: Gingercracker@mail2tor.com
Received: 9:27AM, Mar 2
Subject: BLOWING....WHISTLE....ON...BRIAN...DAVID...HILLS...SET...UP
Priority: High
Message size: 1KB

I....AM....BLOWING....THE....WHISTLE....ON...CORRUPTION....IN....THE....NORTH....CAROLINA....STATE....BUREAU....OF....INVESTIGATION....AND....ITS....AGENT....RODNEY....V.....WHITE....OF....GREENSBORO....NC....SBI....OFFICE....501....INDUSTRIAL....DRIVE

THERE....ARE....DOCUMENTS....THE....SBI....WANTED....TO....HIDE....FROM....THE....PUBLIC....WHICH....WOULD....PROVE....BRIAN....DAVID....HILL....WAS....FRAMED....WITH....CHILD....PORNOGRAPHY....BY....CORRUPT....POLICE....AND....SBI....AGENTS....IN....CRIMINAL....CASE....UNITED....STATES....OF....AMERCA....V....BRIAN....DAVID....HILL....1-13-CR-435-1....FEDERAL....CASE

I....AM....COPYING....FROM....OCR....SCANNER....A....EXCERPT....FROM....SBI....CASE....FORENSIC....INVESTIGATION....REPORT....BY....SPOECIAL....AGENT....WHITE

SBI CASE NUMBER: 2012-02146 (915)

SYNOPSIS:

Limewire/Frostwire, Luckywire, Shareaza Search Keywords, and usenet Binary Files.

The results of the analsysi are as follows:

Ares Search Keywords: One search keyword "very sexy"

eMule Known.met: The Known.net saves all files eMule knows of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 20, 2012, and July 28, 2013. This record also showed that files were shared with other users and the number of times each file was shared.

eMule Search Keywords: This records each string that has been recorded and an auto-completing is offered if a new search matches a previous one. From the analysis, this record showed 30 search terms: rapture Iio, Friends "IV," Friends IV, asian lolitas friends, lolita rape hentai, asian Lolita, "Noromi Kurahashi," "rika nishimura," "rika nishimura" friends, Rika Nishimura, 11yo, 12yo, purenudism password, 12yo peeing, 11yo peeing, 11yo bathroom, 10yo voyeur, 12yo public shower, pool shower, 11yo changing, changing room, gym shower, 6yo, ptsc loli rape, toddler, pthc, 12yo making love, pthc making love, pthc forest.

On October 11, 2013, SA White conducted a forensic examination for image and video files on the following item of evidence:

ITEM #2: ASUS Eee PC Laptop
    Serial Number: 9COAAS155554

The following hard drive was removed from Item #2:

Seagate HD 250GB
Serial Number: 6VC1L6G5

No images of interest were noted.

No videos of interest were noted.

## IV

OVER....90....PERCENT....OF....THE....TIME....THE....CHILD....PORN....WAS....DOWNLOADED....FROM....EMULE....THE....COMPUTER....WASNT....IN....BRIAN....DAVID....HILL'S....POSSESSION....THE....COMPUTERS....WERE....SEIZED....AUGUST....28....2012....SO....FROM....AUGUST....2012....TILL....JULY....28....2013....CHILD....PORN....WAS....BEING....DOWNLOADED....TO....BRIAN....DAVID....HILL'S....COMPUTER....WHILE....UNDER....SBI....CUSTODY....

BRIAN....IS....NOT....GUILTY....RODNEY....WHITE....WAS....APART....OF....A....PLOT....ALONG....WITH....THE....DISTRICT....ATTORNEY....TO....FRAME....BRIAN....WITH....CHILD....PORNOGRAPHY....SUBPOENEA....THE....NC....SBI....AND....THE....EVIDENCE....IS....THERE

WE....HAVE....THE....ORIGINAL....SBI....CASE....FILE....ON....BRIAN....AND....AM....WILLING....TO....LEAK....TO....THE....MEDIA....UNLESS....I....AM....CAUGHT....BY....MY....BOSS....AQT....THE....LAW....ENFORCEMENT....AGENCY....I....WORK....AT

BRIAN....DAVID....HILL....IS....INNOCENT....OF....CHILD....PORN

A....FEW....AGENTS....WERE....INVOLVED....IN....FRAMING....BRIAN....DAVID....HILL....INCLUDING....AGENT....GERALD....THOMAS....AND....AGENT....WHITE....ALONG....WITH....DETECTIVE....ROBERT....BRIDGE....AND....IN....CASE....THE....SBI....REPORT....IS....ALTERED....TO....COVER....UP....WHAT....I....KNOW....THEN....I....WILL....TESTIFY....AT....BRIANS....TRIAL....AND....TALK....WITH....BRIANS....ATTORNEY....OR....GO....PUBLIC....WITH....AN....AFFIDAVIT....ABOUT....BRIAN....BEING....SET....UP....WITH....CHILD....PORN

I....LEARNED....THAT....CHILD....POORN....WAS....BEING....DOWNLOADED....AND....ADDED....TO....BRIANS....COMPUTER....AT....THE....SBI....THEN....WAS....TOLD....TO....SHUT....UP....AND....NOT....TELL....ANYBODY....BUT....I....AM....MAKING....A....ANONYMOUS....TIP....TO....THE....FBI....AND....MEDIA....TO....EXPOSE....BRIAN....BEING....FRAMED

I....THEN....LEARNED....LATER....THAT....CHILD....PORN....WAS....TO....BE....SENT....TO....BRIANS....LAWYER....MARK....JONES....TO....GET....BRIAN....UNDER....CHILD....PORNOGRAPHY....CHARGE....AGAIN....IT....WAS....ALL....DELIBERATELY....PLANNED....BY....A....FEW....AGENTS....AND....SOME....OTHER....LAW....ENFORCEMENT

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015.

_____
SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015.

_Brian D. Hill_ Signed
SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

4-4

Message details
Type: Multimedia message
To: 276-224-0862
From: GingerCrackerz@mail2tor.com
Received: 7:26PM, Mar 2
Subject: LEAK DOCUMENT #1 SBI CORRUPTION IN N.C.
Priority: High
Message size: 31KB

IM.....NOT.....PLAYING.....AROUND.....SPECIAL.....AGENT.....RODNEY.....WHITE.....I.....WILL.....LEAK.....ALL.....EVIDENCE.....THAT.....YOU.....KNOWINGLY.....TOOK.....PART.....IN.....A.....PLOT.....TO.....SET.....UP.....BRIAN.....DAVID.....HILL.....WITH.....CHILD.....PORNOGRAPHY

YOU.....HURT.....BRIAN.....AND.....IGNORE.....ALL.....EVIDENCE.....OF.....BRIANS.....INNOCENCE.....YOU.....BASTARD.....AGENT.....WHITE.....YOU.....DESERVE.....TO.....GO.....TO.....HELL.....FOR.....WHAT.....YOU.....DID.....TO.....BRIAN.....AND.....EXPLOITED.....CHILDREN.....FOR.....YOUR.....OWN.....POLITICAL.....GAIN.....AND.....FOLLY.....OF....BRIAN

IF.....THE.....STATE.....WONT.....INVESTIGATE.....YOU.....FOR.....CORRUPTION.....IN.....THE.....SBI.....THEN.....THE.....MEDIA.....AND.....INDIVIDUAL.....INVESTIGATORS.....AND.....FBI.....WILL

IM.....NOT.....GONNA.....THREATEN.....TO.....KILL.....BRIAN.....NOR.....THREATEN.....HIS.....LAWYERS.....ANYMORE.....IVE.....HAD.....IT.....YOU.....DISHONORABLE.....BASTARDS.....A.....PAYCHECK.....IS.....NOT.....WORTH.....DESTRUCTION.....OF.....INNOCENT.....LIVES

GO.....AHEAD.....AND.....FIRE.....ME.....THEN.....ARREST.....ME.....FOR.....LEAKING.....SBI.....GOVERNMENT.....DOCUMENTS.....SO.....THAT.....IT.....ALL.....COMES.....OUT.....THAT.....YOU.....GUYS.....WANTED.....TO.....COVER.....YOUR.....OWN.....ASSES

YOU.....GUYS.....ARE.....CRIMINALS.....AND.....IM.....ASHAMED.....FOR.....DOING.....WHAT.....YOU.....ORDERED.....ME.....TO.....DO

THIS.....IS.....STILL.....AMERICA.....AND.....NOT.....NAZI.....GERMANY.....YOU.....LIFT.....PHIL.....BERGER.....TO.....HIGH.....POLITICAL.....STATUS.....WHILE.....YOU.....BACKDOOR.....GLEN.....BRADLEY.....OUT.....OF.....THE.....GENERAL.....ASSEMBLY

SA.....WHITE.....EVEN.....IF.....YOU.....CLAIM.....THAT.....YOU.....DIDNT.....KNOWINGLY.....SET.....UP.....BRIAN.....HILL.....WELL...

..THE.....EVIDENCE.....AGAINST.....YOU.....WILL.....TELL.....A.....DIFFERENT.....STORY.....AS.....YOU.....ARE.....APART.....OF.....ALL.....THIS.....YOU.....SIGNED.....YOUR.....NAME.....IN.....THOSE.....RECORDS

THE.....SBI.....IS.....GOING.....TO.....HAVE.....TO.....ADMIT.....AGENT.....WHITES.....WRONGDOINGS.....THEN.....HE.....MUST.....BE.....INVESTIGATED.....THEN.....FIRED

AGENT.....WHITE.....YOU.....INTENTIONALLY.....WANTED.....TO.....FEDERALLY.....CHARGE.....BRIAN.....HILL.....SO.....THAT.....HE.....COULDNT.....RECEIVE.....ASSISTANCE.....FROM.....THE.....INNOCENCE.....INQUIRY.....COMMISSION.....WHICH.....WOULD.....HAVE.....EXONERATED.....BRIAN.....AND.....PROVE.....HIS.....INNOCENCE.....

I.....KNOW.....YOU.....HAD.....ALL.....THIS.....PLANNED.....EVEN.....HACKERS.....THAT.....HACKED.....INTO.....THE.....CASE.....MANAGEMENT.....SYSTEM.....FOR.....THE.....SBI.....FOUND.....OUT.....ABOUT.....SA.....WHITES.....CROOKED.....SBI.....REPORT

.....EVEN.....HACKERS.....DONT.....LIKE.....YOU.....RODNEY.....WHITE.....CORRUPT.....AGENT.....OF.....THE.....SBI.....THE.....SBI.....HAS.....NOT.....BEEN.....REFORMED.....IT.....HAS.....BEEN.....REORGANIZED.....AS.....A.....MORE.....CLEVER.....FRAME.....UP.....ORGANIZATION.....FOR.....STATE.....AND.....FEDERAL.....PROSECUTORS.....UNDER.....PROSECUTORIAL.....BIAS

WHAT.....HAS.....HAPPENED.....TO.....THE.....INTEGRITY.....OF.....THE.....STATE.....BUREAU.....OF.....INVESTIGATION.....IN.....NORTH.....CAROLINA

DIDNT.....WE.....ALL.....SWORE.....AN.....OATH.....BEFORE.....WE.....ALL.....BECAME.....AGENTS.....

I.....FEEL.....OUR.....JUSTICE.....SYSTEM.....IN.....NORTH.....CAROLINA.....HAS.....LET.....ME.....DOWN.....I.....AM.....NOT.....PROUD.....OF.....WEARING.....A.....BADGE.....FOR.....SUCH.....A.....CROOKED.....ORGANIZATION.....HOPEFULLY.....I.....WONT.....END.....UP.....DEAD.....MYSELF.....BUT.....EVEN.....IF.....I.....DID.....AT.....LEAST.....I.....LEAKED.....OUT.....IMPORTANT.....INFORMATION.....TO.....EXONERATE.....BRIAN.....DAVID.....HILL

HOPEFULLY.....THE.....FBI.....CAN.....RAID.....MAYODAN.....POLICE.....AND.....THE.....SBI.....TO.....FIND.....THE.....EVIDENCE.....I.....AM.....LEAKING.....THEN.....FIND.....ME.....AND.....OFFER.....ME.....PROTECTION.....TO.....TESTIFY.....AS.....A.....FEDERALLY.....PROTECTED.....WITNESS.....IN.....BRIANS.....TRIAL.....THEN.....TESTIFY.....ON.....MY.....COHORTS.....CRIMES

THIS.....WILL.....BE.....MY.....LAST.....MESSAGE.....FOR.....A.....WHILE.....OR.....IT.....MAY.....BE.....MY.....LAST.....IF.....I.....AM.....DEAD.....OR.....CHARGED.....WITH.....A.....FALSE.....CRIME.....LIKE.....BRIAN

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied. Attachment of the SBI Document that was leaked by the Whistleblower is attached to this document. This was attached to the original email that was sent to the cell phone as a MMS message.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2015.

_____
SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

I Brian David Hill state that the above information is a reconstructed copy of a Multimedia text message sent to a ZTE Valet cell phone(#: 276-224-0862) that I was using at the time in regards to aiding in my criminal case Appeal and in helping to prove my innocence of my criminal charge. All header information was typed up from what I can read from my cell phone. I even checked it over to ensure that all was copied. Attachment of the SBI Document that was leaked by the Whistleblower is attached to this document. This was attached to the original email that was sent to the cell phone as a MMS message.

I reconstructed the MMS message to the best of my abilities even though I suffer under serious health concerns, so there may be human errors in the reconstruction. However a video will also be created that will show the MMS message I received and also show the header information(Message details) plus the attachment as long as the attachment is legal. The attachment shows a leaked SBI document but appears to be low quality and difficult to read.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 6, 2015.

_____*Brian D. Hill* Signed_____
SIGNATURE
Brian David Hill (Pro Se)
Phone: 276-632-2599
916 Chalmers Street, Apt. D
Martinsville, VA 24112

3-4

that 454 files had been downloaded with eMule between July 20, 2012, and July 25, 2012.

FBI CASE NUMBER: 2012-02148 (929)

SYNOPSIS:

Limewire/Frostwire, Luckywire, Shareaza Search Keywords, and eMule Binary Files

The results of the analysis are as follows:

Ares Search Keywords: One search keyword "very sexy"

eMule Known.met: The Known.met saves all files made aware of whether they are shared files, files currently in the download list, or downloaded in the past. For every file, information like file size, file name, hash sets, hash values, and some statistics are saved. From the analysis, this record showed that 454 files had been downloaded with the eMule program between July 20, 2012, and July 25, 2012. This record also showed that files were shared with other users and the number of times each file was shared.

eMule Search Keywords: This program each string that has been recorded and an autocompleting is offered if a new search matches a previous one. From the analysis, this record showed 10 search terms: capture lil, "friends TK," friends TV, selkmi lolitas friends, lolita raps hentai, asian chicks, "bessel Kurahashi," "pida nishimura," "pida nishimura" friends, Rika Nishimura, 11yo, 12yo, perversion password, 10yo peeing, 11yo peeing, 12yo bathroom, 13yo voyeur, 11yo public shower, pool shower, 11yo changing, changing room, gym shower, 8yo, 9yo, loli rape, toddler, pthc, 11yo making love, y/o/r having love, pthc forest.

On October 11, 2012, SA White conducted a forensic examination for image and video files on the following item of evidence:

ITEM #7: ASUS Eee PC Laptop
          Serial Number: 9C0AAS155554

The following hard drive was removed from Item #7:

Seagate HD 250GB
Serial Number: 9VC11635

No images of interest were noted.

No videos of interest were noted.




# North Carolina State Crime Laboratory

Department of Justice
121 E. Tryon Road
Raleigh, North Carolina 27603

ROY COOPER
ATTORNEY GENERAL

JOHN A. BYRD
DIRECTOR

January 26, 2015

Mr. Brian Hill
916 Chalmers Street, Apt. D
Martinsville, VA 24112

Dear Mr. Hill:

    I am in receipt of your recent letters concerning the investigation of your criminal case involving child pornography. According to your letters, the work in your case was conducted by Special Agent Rodney White of the State Bureau of Investigation (SBI). S/A White is not an employee of the North Carolina State Crime Laboratory. The North Carolina General Assembly separated the State Crime Laboratory from the SBI in 2013 and removed the SBI from the Department of Justice in 2014. Therefore, please direct your questions/inquiries to the SBI as I am not able to assist you with obtaining the information you are requesting.

    The contact phone number for the SBI is 919-662-4500.

Sincerely,

J. Joy Strickland
Assistant Attorney General
Counsel to the State Crime Laboratory


