# EXHIBIT 2

**For Federal criminal case
-- THIRD ADDITIONAL EVIDENCE
DECLARATION IN SUPPORT OF DOCUMENT
#128, #128-1, AND 128-2 "BRIEF /
MEMORANDUM IN SUPPORT OF BRIAN DAVID
HILL'S "MOTION UNDER 28 USC § 2255 TO
VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL
CUSTODY"" (DOCUMEMT #125) --
DECLARATION, ATTACHED EVIDENCE
EXHIBITS IN SUPPORT OF BRIAN DAVID
HILL'S § 2255 MOTION --
United States of America v. Brian David Hill**
**(Brian D. Hill) (formerly USWGO Alternative News)**
**Brian David Hill v. United States of America**

## Criminal Case Number  1:13-cr-00435-1
## Civil Case Number 1:17−cv−01036



Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket for Fax ID: 276-790-3505

Date: 4/18/2015
Number of pages: 25
Attn.: INTERNAL AFFAIRS(IA)
Recipient's number: T19196624523
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Ready to fax) {2015-04-1
File description: Evidence for Internal Affairs to NC SBI(Evidence attached)(Sign
Recipient's Fax ID: 9196624523
Rate: 14400 bps

Time: 11:09:03 PM
Session duration: 29:54
To: North Carolina State Bureau of Investigation(SBI)
Message type: Fax
Error Correction: Yes
Resolution: 200*200 dpi
Record number: 1108

# Fax Cover Page | CONFIDENTIAL | URGENT

**Date: 4/18/2015**     **Time: 11:09:03 PM**     **Pages: 25**

**To: North Carolina State Bureau of Investigation(SBI)**

# Attn.: INTERNAL AFFAIRS(IA)

**From: Brian David Hill**

**Fax ID: 276-790-3505**

# FOR INTERNAL AFFAIR'S EYES ONLY
# FOR THE INTERNAL AFFAIRS OFFICE/DIVISION
# APRIL 18, 2015 - 11:08 PM - IA LETTER TO NC-SBI
# - SENSITIVE INFORMATION
# - COMPLAINT FOR THE IA

**VentaFax Cover Page**

# Fax Cover Page

| CONFIDENTIAL | URGENT |
| --- | --- |

**Date:** 4/18/2015          **Time:** 11:09:03 PM          **Pages:** 25

To: North Carolina State Bureau of Investigation(SBI)

# Attn.: INTERNAL AFFAIRS(IA)

From: Brian David Hill

Fax ID: 276-790-3505

# FOR INTERNAL AFFAIR'S EYES ONLY FOR THE INTERNAL AFFAIRS OFFICE/DIVISION APRIL 18, 2015 - 11:08 PM - IA LETTER TO NC-SBI
# - SENSITIVE INFORMATION
# - COMPLAINT FOR THE IA

# EVIDENCE IN SUPPORT FOR INTERNAL AFFAIRS COMPLAINT
## CONFIDENTIAL - FOR INTERNAL AFFAIR EYES ONLY
### Saturday, April 18, 2015

### EVIDENCE TO FILE IN SUPPORT OF
### COMPLAINT AGAINST SBI SPECIAL AGENT RODNEY V. WHITE OF THE GREENSBORO, NC SBI REGIONAL OFFICE AT 501 INDUSTRIAL AVENUE

**North Carolina State Bureau of Investigation(SBI)**
**Headquarters**
**ATTN: INTERNAL AFFAIRS**
**Post Office Box 29500**
**Raleigh, N.C. 27626**
**Phone: (919) 662-4500**
**Fax: (919) 662-4523**
**CC: Attorney Cynthia Everson**

Dear Internal Affairs,

    I would like to file some evidence via Facsimile in support of my complaint with Internal Affairs regarding a Special Agent named Rodney V. White of the SBI Regional Office(Northern Piedmont District) in 501 Industrial Avenue in Greensboro, NC 27406. I have acknowledged receipt of the April 15, 2015 letter sent from Kanawha Perry, Special Agent in Charge of the Special Investigations Unit.

    The evidence is for your Agent's review however due to limitations of resources through fax machine, only a few pages from each email record is attached as evidence to this letter, as I know you have administrative subpoena power to request records from employees in the State of North Carolina Department Of Justice. Everything else is included and should be true and correct to the best of my knowledge. If there is a human error then it is not intentional, but I make sure to double check the evidence in this letter. If you have any questions then feel free to call the cell phone number 276-224-0862 and ask to talk to Brian D. Hill or Mr. Hill for short.

    Since I am now aware that an investigation is being conducted, I plan on filing any evidence with the Agency in connection with the investigation. Any evidence I have in regards to Rodney White and the Greensboro SBI Office where he works will be attached to ensure that the agency has all of the information/intelligence to conduct a thorough investigation of the SBI Agent. If you have any requests or questions then please feel free to ask me and I will keep all such matters in confidence to protect the integrity of the investigation and prevent it from being compromised.

The Letter sent from the SBI regarding the internal investigation is attached firsthand before the evidence as what investigation the evidence is in reference to.

The evidence I am submitting to IA is as follows:

1. A September 29, 2014 letter sent to N.C. SBI in Greensboro, NC while I was incarcerated in

Guilford County Jail. (1 Page) – Hand Written Copy

2. A June 28, 2014 letter sent to N.C. SBI in Greensboro, NC while I was incarcerated in Guilford County Jail. (4 Page) – Photocopy

3. A October 2, 2014 letter sent to N.C. SBI in Greensboro, NC while I was incarcerated in Orange County Jail. (2 Page) – Photocopy

4. A October 3, 2014 letter sent to N.C. SBI in Greensboro, NC while I was incarcerated in Orange County Jail. (2 Page) – Photocopy – **Note:** <u>Under the incorrect assumption that my property was sent to the State Crime Laboratory for examination. Never found out only Rodney White conducted the analysis until after I was convicted and was released from jail.</u>

5. A October 3, 2014 letter sent to N.C. SBI in Greensboro, NC, and was addressed to Agent Rodney White. This was while I was incarcerated in Guilford County Jail. (6 Page, 4 Pages + 2-page evidence declaration) – Photocopy

6. Three different Fax Transmission verification receipts(Transmission Tickets) on different faxes sent to the N.C. SBI and directed to Agent Rodney White. (3 Page) – **Note:** <u>Still under the assumption that my property was analyzed at the State Crime Laboratory(Triad Crime Laboratory in Greensboro) before I finally read my discovery packet In Jan 2015. After Jan 2015 I know that it was Agent White that conducted the analysis and not the state crime lab.</u>

7. Two pages from the Mayodan Police Department Report showing that Agent White was involved with the Mayodan Police Department in regards to the investigation. **Note:** <u>Internet Crimes Against Children (ICAC) task force Reidsville, NC Police officer Robert Bridge was never involved with Agent White throughout the child porn investigation according to all records I have acquired so far, I have found no evidence that Detective Bridge was even involved after I made the false confession on August 29, 2012. The investigation to get the computer examined for child porn was directed by Mayodan Police Detective Sergeant Christopher Todd Brim after I had made a political enemy of their Police Chief Charles J. Caruso in 2012. All records of this are in the Federal Court record.</u> (2 Page)

**<u>Note: It will take time for the local copies of email records to be produced so other evidence records will be sent to Internal Affairs later, so the email records may come to your attention at a later time.</u>**

The evidence I am bringing to your attention is proof that I was in contact with Agent Rodney White in December 2013 all the way up to my last fax to him on January 20, 2015. He never responded to a single letter or inquiry, even lawful requests and evidence were ignored by this Agent. The only time he confirmed that my emails were received(forwarded from N.C. DOJ State Crime Lab Employee Joy Strickland) was verbally to me in the presence of a U.S. Marshal inside of a White SUV when I was transported to the L Richardson Preyer Federal Building and U.S. Courthouse to be arraigned. He didn't seem to have a involvement, from what I can see, with the original investigating Detective Robert Bridge that was apart of the ICAC task force which is backed by a copy of the Memorandum of Understanding released to me by SBI Counsel Angel Gray. So the ICAC task force supposedly started the whole child porn investigation then it was all directed to Mayodan Police Detective Sergeant Christopher Todd Brim to do the rest until I was indicted in Federal Court. Agent White never interviewed me and never asked why I made statements in my confession that were proven false(proven false confession due to my Mild Autism) due to a threat by the Mayodan Police Chief after I had written articles against the Police Chief and calling for his removal from office.

I have my suspicion that Agent White was conducting a hatchet job for the Mayodan Police and

the Rockingham County District Attorney Office while occupied by Philip Edward Berger Junior, to get me charged with child porn so that I wouldn't be allowed to use the Internet as a political hatchet job to shut me up and destroy my First Amendment right under the U.S. Constitution. However proving that will be next to impossible unless I am a law enforcement agent or that I am just lucky to stumble upon evidence of such. Regardless of all that Agent White's conduct is suspicious and this is a serious issue as his misconduct led me to being appointed ineffective counsel which led to my false guilty plea. Had Agent White conducted a fair and reasonable examination and checked the computer for viruses, it would have been a different story as the dates of the supposed child porn downloading are when my computer was not in my possession which may back my claims of a computer virus attempting to download the material as the virus is not under my control. In order to be found guilty I have to have control of attempting to possess child porn, not just simply that some anonymous computer hacker somewhere downloads child porn on my computer without my consent and without my knowledge. Rodney White refused or failed to examine my computer for viruses, Trojan-Horses, and other malware because it would have provided evidence in favor of the defense. He only wanted evidence that is in favor to the prosecution. Rodney White was biased, his analysis was prejudicial to the defense suspect, and he didn't even drive a few miles to the Triad Crime Laboratory to conduct the analysis of my property in a secure fashion, yet he driven all the way to Forsyth County Detention Center on December 23, 2013 to pick me up to drive me away to my arraignment hearing. I have a lot of issues which leads me to suspect that it was a pure hatchet job to get me indicted and locked away so that I cannot use the Internet to write political article pieces on Police Chief Caruso and the District Attorney's father. Even if that is not the case, Agent White still may have violated proper policy and procedure for examination of computer hard drives. It doesn't change the fact he has never responded to all of my letters. It appeared that Agent White ignored all evidence which concern my Actual Innocence. The only evidence he wanted in his report was evidence in favor of former Rockingham County DA Philip E. Berger Jr. and U.S. Attorney Ripley Rand. It all depends on what Internal Affairs can discover in their investigation.

This is in reference to the evidence by SBI SA White, that was used against me in the U.S. District Court for the Middle District of North Carolina, Greensboro Division, Docket# 1:13-cr-435-1, United States of America v. Brian David Hill.

*Confidential Notice: This letter and all documents/evidence attached herein is confidential and intended only for Internal Affairs(IA) of the SBI and all Agents, Directors, employees, officers, and persons that are authorized by IA to handle the complaint and conduct their investigation of the complaint to which it doesn't compromise their investigation. This is made confidential for the protection of the information and to keep the entire investigation safe from being compromised. This letter will be faxed and forwarded to my North Carolina Private Attorney named Cynthia Everson of the Everson law Firm at the phone number (704)674-8007 and at email cynthia@eversonlawoffice.net through her fax number (866) 813-4446. She didn't sanction the complaint but I myself am conducting the complaint so that the truth about SA White can be discovered and SA White can be held accountable for any misconduct he has committed.*

Sincerely,
Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

Brian D. Hill
Signed

**Brian D. Hill**
*Signed*



# NORTH CAROLINA
# STATE BUREAU OF INVESTIGATION

### DEPARTMENT OF PUBLIC SAFETY

**3320 GARNER ROAD**
**P.O. BOX 29500**
**RALEIGH, NC 27626-0500**
**(919) 662-4500**
**FAX: (919) 662-4523**



**PAT MCCRORY**
**GOVERNOR**

**B. W. COLLIER**
**ACTING DIRECTOR**

April 15, 2015

Brian D. Hill
916 Chalmers Street,
Apartment D
Martinsville, VA 24112

Dear Mr. Hill,

This letter is to acknowledge receipt of your complaint concerning a North Carolina State Bureau of Investigation employee.

Based on your complaint, an internal investigation is being conducted and should be completed within ninety (90) days. All internal investigations and reports are confidential and if a complaint is sustained, the Bureau will not be able to advise what disciplinary action will be taken because of the State laws on personnel privacy.

We appreciate you bringing this matter to our attention.

Sincerely,

Kanawha Perry
Special Agent in Charge
Special Investigations Unit

KP/ss

September 29, 2014

Dear N.C State Bureau of Investigation,

501 Industrial Drive,

Greensboro, NC,

I have a urgent request for you as a autistic man that is legally innocent of the child pornography indictment in case United States of America vs. Brian David Hill, docket#1:13CR435-1, U.S. District Court for the Middle District of North Carolina. The request is that any evidence you found in your investigation that can prove my innocence, I ask that you forward that evidence on my behalf to the U.S. Chief Judge William L. Osteen Jr. presiding over my case. This evidence includes any possible evidence tampering and/or contamination by the two police detectives Todd Brim and Robert Bridge, evidence of computer hacking including viruses and trojan horses, evidence of foul play and misconduct by Mayodan Police, evidence of corruption in the Mayodan Police Department, and evidence of corruption by former DA of Rockingham County Phil Berger Jr.. A copy of this letter will be given to the Judge on Sep. 30, 2014 at the hearing, and a copy for my records. I ask for your help SBI in my case since your reports are being used as evidence by the U.S. Attorney. Any assistance you can give me in my case is appreciated. Sincerely,

#964986    Brian David Hill

Note: Say Hi to Rodney White for me.

Guilford County Jail
201 S. Edgeworth St.
Greensboro, NC 27401
admin@uswgo.com

Brian D. Hill
signed

Complaint

Dear State Bureau of Investigation,

I, Brian David Hill, file with the SBI regional ~~local~~ director Scott Williams at 501 Industrial Drive, Greensboro NC 27406, a complaint on the Mayodan Police Department for the allegations of threatening me in front of my family to falsely confess while I was in a state of shock, inapropiately mishandling the evidence which violates crime lab policy, possibly lying in a search warrant affidavit along with contradictions in the affidavit, and conflict of interest. I like to file evidence that I was threatened to falsely confess to the detectives at the Mayodan ~~detective~~ Police Department in Mayodan, NC 27027. Me, my mother Roberta Ruth Hill, and my grandparents Stella and ▓▓▓ Kenneth Forinash will all testify to the SBI Agents here at Greensboro, NC, under affidavit as evidence on the withdrawl of my confession made on August, 29 2012, at the Mayodan Police station.

# Complaint

In fact Mary informed me via email about the search warrant affidavits having contradictions. Then of course with me writing Alternative News article postings criticizing the Mayodan Police chief Charles J. Caruso, town attorney Philip Edward Berger Sr., and the Mayodan town council it would be a major risk of a conflict of interest (COI) for Mayodan to even be involved in my criminal case to begin with. Due to the risks of a COI Mayodan should have excluded themselves from my case and leave it up to the NC SBI and/or the FBI to conduct the investigation and prosecution of my case. My family holds evidence of my article postings in my email admin@uswgo.com. After the SBI is done with investigating my complaint then I like for the case files to be sent to the U.S. District Court in Greensboro NC, a copy to me, a copy to my attorney, a copy to the U.S. Attorney, and a copy to the presiding Judge William L. Osteen Jr. the Chief Judge.

# Complaint

In fact Mary informed me via email about the search warrant affidavits having contradictions. Then of course with me writing Alternative News article postings criticizing the Mayodan Police chief Charles J. Caruso, town attorney Philip Edward Berger Sr., and the Mayodan town council it would be a major risk of a conflict of interest (COI) for Mayodan to even be involved in my criminal case to begin with. Due to the risks of a COI Mayodan should have excluded themselves from my case and leave it up to the NC SBI and/or the FBI to conduct the investigation and prosecution of my case. My family holds evidence of my article postings in my email admin@uswgo.com. After the SBI is done with investigating my complaint then I like for the case files to be sent to the U.S. District Court in Greensboro, NC, a copy to me, a copy to my attorney, a copy to the U.S. Attorney, and a copy to the presiding Judge William L. Osteen Jr. the Chief Judge.

# Complaint

I am ready to submit evidence to the SBI, as soon ~~a~~ as possible. Go ahead and work with my attorney Eric David Placke on this matter. Thank You.

Page 4/4

June 28 2014

Sincerely,
Brian David Hill

United States of America vs. Brian David Hill
#Docket# 1:13CR435-1

Former USWGO Alternative News reporter

admin@uswgo.com
276-632-2599

*Brian D. Hill*
Signed

916 Chalmers St. Apt. D
Martinsville VA 24112

Guilford County Jail
#964186 Fed. Inmate
201 S. Edgeworth St.
Greensboro NC 27401

My Attorney:
Eric David Placke
First Assistant Federal Public Defender
NCSB#20677
301 N. Elm St. Suite 410
Greensboro NC 27401
(336)333-5455
Eric_Placke@fd.org

October 2, 2014

Dear N.C. State Bureau of Investigation,

501 Industrial Drive,

Greensboro, NC,

Why did you allow illegal and inadmissible evidence to be used in my Federal case 1:13CR435-1, United States of America vs. Brian David Hill? Former Rockingham Co. DA Phil Berger, Jr. violated NC Art. 7C, §8-58.20, paragraph (d) by not serving me a copy of the forensic laboratory report and affidavit, as required by NC statute for "Admissibility of Forensic Evidence" under Article 7C. Because I was never served the state crime lab report before it was used against me, I never had a opportunity as under paragraph (e) to legally file an objection to the state crime lab report. Mayodan PD and Phil Berger didn't want to serve me the report as required by law, because I would have filed an objection with a affidavit stating while why such report should be revised before being used against me in court. The Affidavit would state about the eMule virus and hacker attacks I received on my computer and hard drives, about the two police detectives violating crime lab policy and procedure by going through my property themselves doing whatever they pleased to my computers and hard drives before they ever boxed it then shipped it to the Triad Crime Lab in Greensboro, and that the Mayodan Police would do whatever it takes to make me a sex offender and ruin my life for articles I did.

October 2, 2014

I written online news articles against Phil Berger
Sr. and Mayodan Police Chief Charles J. Caruso on
U.S.W.G.O. Alternative News. The U.S. Attorney is
using state evidence reports that are clearly
inadmissible under state law simply because I was
a political threat to Phil Berger Jr's fathers Senate
campaign, is uncalled for. I been set up with child
porn and your agency is going along with violating
and disregarding your own laws for political reasons.
I will report Phil Berger and the SBI to the
DOJ for hurting a innocent and autistic young man
to wrongfully be a registered sex offender. Both
Phil Berger's are corrupt and setting me up with
child porn will not change how corrupt they are.
Let me tell you who your setting up? A 24yo autistic
man who is NOT a pedophile, who has never taken
a interest in children, who just wants to hike at
parks and watch anime and take legal photos
with my digital camera. You are ruining a autistic
innocent man's life forever for the politically corrupt.
I hope your happy corruptors. ;;           Sincerely,
                    #238306  Brian David Hill

Brian D. Hill                    Orange County Jail
_____                        125 Court St
  Signed                         Hillsborough NC 27278

Note: Here's the law you all broke, Art. 7C.
The DOJ shall investigate you for what you did.

October 3, 2014

Dear N.C. State Bureau of Investigation,
cc: U.S. District Court, Chief Judge William Osteen Jr.,
501 Industrial Drive,
Greensboro, NC,

Sorry about my emotional remarks in my last letter. I will be professional in this letter which the U.S. Court will receive a copy of same day:

I request that you inform the ~~that ye~~ court and U.S. Attorney that your crime laboratory reports are legally inadmissible under N.C. criminal statute Article 7C, Admissibility of Forensic Evidence §8-58.20. The Rockingham County former District Attorney Phil Berger Jr. violated paragraphs (d) and (g) of the statute by keeping the laboratory reports a secret by refusing to serve me, Brian Hill, a copy of the crime lab report as required by Art. 7C, and allowing me to file an objection as stated in paragraph (e). Then Berger Jr. intended to skirt the law by conspiring with the Mayodan Police to file the ~~U.S.~~ state reports with the U.S. Attorney Ripley Rand in order to try to indictment me with illegal evidence without allowing me to file an objection. Berger Jr. did this knowing I was a political threat to his father NC Senator and Mayodan attorney Philip Edward Berger Sr. and has campaign career. Detectives Todd Brim and Robert Bridge conspired to have me set up with child porn by violating state crime lab policy and procedure.

October 3, 2014

By ignoring my request to inform the court and U.S. Attorney that the lab reports are illegal and inadmissible as evidence in any proceeding, I will have no choice but to file a lawsuit with the N.C. District Court to enforce Article 7C. Phil Berger Jr. intended in 2013 to use inadmissible state evidence against me in Federal court knowing I was a political threat to Berger Sr.'s Senate campaign which is a conflict of interest and prejudice against me. Both Berger's will be under investigation for my wrongful conviction. I am Innocent and the public will be aware of my set up on child porn. The SBI has a choice to make things right. Withdraw your crime lab reports as evidence in my case "United States of America vs Brian David Hill, docket #1:13CR435-1, that you recant the reports and affidavit as evidence against me. Withdraw the reports so I won't have to file a lawsuit then report you to the U.S. DOJ. Please withdraw the forensic reports as evidence in my Federal case. Thank You.

Sincerely,

Note: You have 1 week to respond.     Brian David Hill

Brian D. Hill
signed

Orange County Jail
125 Court St.
Hillsborough, NC 27278
admin@uswgo.com

# Request

Dear N.C. State Bureau of Investigation,

**501 Industrial Drive**
Greensboro, NC ~~27406~~ 27406

June 24, 2014
page 1/4

page 2 on back

ATTN: Rockey White, SBI Agent,

I wish to submit evidence to you regarding my research into the admissibility of the state crime lab reports in my Federal case, then I like for you to write an affidavit on the inadmissibility of the state Forensic crime lab reports then fax them or email them to my attorney Eric David Placke as soon as possible. First of all I read a state statute on the admissibility of the state crime lab Forensic reports, that the examiner signs an affidavit that policy and procedure was followed at the time of the examination at the Triad Crime lab. However the Forensic scientist was in the dark on the matter that the Mayodan Police Department did not follow the policy and procedure required by law for the admissibility of the Crime lab reports in a criminal case, to ensure accuracy and reliability of the reports.

So since the reports are inadmissible then why were they even used in my case United States of America vs. Brian David Hill 1:13CR435-1 U.S. District Court for the Middle District Of North Carolina. Looks like you need to notify the clerk of court and U.S. District Judges N.C. Tilley Jr. and Chief Judge William L. Osteen, Jr., that the state crime lab reports are legally inadmissible from my case, that I did have a evidentuary and legal basis to suppress evidence of the state forensic reports due to violation of state crime lab policy and procedure which of course is inadmissible under state statute, that I have a basis for overturning the denial of my suppression of evidence motion (Doc #16, 4/21/2014 - Entered: 4/23/2014) that the evidence should be suppressed on the grounds of inadmissibility under state statute and at least for the state forensic reports. As for suppression of the federal forensic reports a seperate letter is sent to the FBI requesting such evidence of inadmissibility be sent to the U.S. District Court, then a carbon copy sent to the Attorney on record Eric D. Placke. The FBI will not help me due to MPD's influence.

page 1 back

Even though I wrongfully plead guilty on June 10, 2014 due to a rushed Jury Trial and a lack of Trust beetween Eric Placke and myself (ineffective Trust), and a lack of defense which would cause me to lose a Jury Trial by default, I can still withdrawl my guilty plea due to evidence of my Innocense and evidence proving that the prosecutions evidence was unreliable and legally invalid due to admissibility issues by law. The evidence submitted by U.S. Assistant Attorney Anand Prakash Ramaswamy, was inadmissible by default. It never should have been used in my case to begin with. If I am unable to withdrawl my guilty plea then I should be granted a pardon of Innocense by the President of the United States for good cause shown. The U.S. Government has failed to prove me guilty beyond a shadow of doubt. I would have been found guilty under false pretenses so I had no other recourse but to take the plea deal. Now I regret and protest taking the plea agreement due to evidence I have on my end. I should not have been convicted to begin with.

The Mayodan Police Department and the police detectives were in the wrong according to policy and the law. MPD is responsible for the crime lab reports being inadmissible, so they should be held responsible for my unjustful suffering due to my arrest for this case. I request and Justice demands that you set things right and make things right for my case. Get in touch with my attorney right away to suppress the prosecutions unlawful evidence, to over turn my wrongful conviction. A copy of this letter will be sent to my Attorney on record and a copy be kept by myself as the defendant. Thank You.

June
24
2024
Page
4/4
Page
3 on
back

Brian D. Hill
signed

Sincerely,
Brian David Hill
Former U.S. W.G.O Alternative News reporter and
Founder

MY ATTORNEY:
Eric David Placke
First Assistant Federal Public Defender
NCSB No. 20671
301 N. Elm st., Suite 410
Greensboro, NC 27401
(336) 333-5455
Eric_Placke@fd.org

admin@uswgo.com
276-632-2599
916 Chalmers st. Apt. D
Martinsville, VA 24112
Guilford County Jail
#964186
201 S. Edgeworth St.
Greensboro, NC 27101

# MOTION

# DEFENDANT'S DECLARATION

I, Brian David Hill, declare under penalty of perjury that the foregoing is true and correct. Executed on June 22, 2014.

Brian D. Hill
Signature

My statement comes:

I learned on August 29, 2012 while I was interrogated at the Mayodan Police Department in North Carolina by detective Christopher Todd Brim and Reidsville detective Robert Bridge, that the detectives looked through my computer files themselves before it was even sent off to the state crime laboratory. Later on my mother and caretaker Roberta Ruth Hill informed me that she was told the same thing by the detectives so this makes one additional witness other then myself. I found using Google search the NC state crime lab policies. My investigation found that there is a policy against and actually does not allow examination of property that was previously examined due to risk of evidence contamination, that there is an exemption to that policy but only when approved by the crime lab director.

# DEFENDANT'S DECLARATION

Later on I found a state statute on admissibility of crime lab reports due to following policy and procedure. The Mayodan Police Department is not a secure, designated, proper, and legally valid computer forensic crime laboratory. The detectives are not proper computer forensic scientists otherwise then they have no need to send my property to the state and FBI crime labs. So my only logic I can think of is that the forensic crime lab reports are unreliable and inadmissible. Since they are not forensic scientists aka "the detectives" at a controlled facility they could have planted anything and tampered with the evidence aka my computers. So I believe the state and Federal Forensic reports are unreliable and does not prove beyond a shadow of doubt my guilt. I recommend that due to me and my mothers witness accounts of blatent violation of crime lab policy that the forensic reports are found inadmissible to use in my case.

June 24, 2014 Page 2/2

1:13CR435-1          Brian David Hill

United States of America vs. Brian David Hill

Brian D. Hill
signed

admin@uswgo.com
Guilford Co Jail
#964186

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 1/10/2015                                              Time: 5:38:16 PM
Number of pages: 17                                          Session duration: 12:40
Attn.: Rodney White                                          To: NC State Bureau of Investigation
Recipient's number: T13382561360                             Message type: Fax
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\REQUEST AND WRError Correction: YesPRO SE) SBI(rEADY TO fAX)(2) {2015-01-10}_General (Le
File description: REQUEST AND WRITTEN OBJECTION(PRO SE) SBI(rEADYResolution: 200*200 dpi
Recipient's Fax ID:                                          Record number: 423
Rate: 12000 bps

# Fax Cover Page

Date: 1/10/2015              Time: 5:38:16 PM              Pages: 17

To: NC State Bureau of Investigation

Attn.: Rodney White

From: Brian David Hill

Fax ID: 276-632-2599

Requesting withdraw of state crime lab evidence in my federal crimninal case.

VentaFax Cover Page

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 1/20/2015
Number of pages: 2
Attn.: Agent Rodney White
Recipient's number: +1(336)256-1360
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\A Few Questions for
File description: A Few Questions for Rodney White.pdf
Recipient's Fax ID:
Rate: 14400 bps

Time: 9:53:21 PM
Session duration: 1:51
To: NC State Bureau of Investigation
Message type: Fax
Error Correction: Yes-01-20} (2)_General (Letter).tif
Resolution: 200*200 dpi
Record number: 575

# Fax Cover Page

**Date: 1/20/2015**          **Time: 9:53:21 PM**          **Pages: 2**

**To: NC State Bureau of Investigation**

# Attn.: Agent Rodney White

**From: Brian David Hill**

**Fax ID: 276-632-2599**

I have a few questions I like to ask you.

I need to confirm Mayodan's Police Report statements with you in regards to your involvement.

**Please!**

**VentaFax Cover Page**

Venta Fax & Voice (http://www.ventafax.com)
Transmission ticket

Date: 1/10/2015
Number of pages: 4
Attn.: Rodney White
Recipient's number: T13362561360
Filename: C:\ProgramData\VentaFax & Voice 6\Out\Threat emails attach\Error Correction: Yes
File description: Threat emails attached.pdf
Recipient's Fax ID:
Rate: 14400 bps

Time: 10:28:44 PM
Session duration: 5:25
To: NC State Bureau of Investigation
Message type: Fax
real (Letter).tif
Resolution: 200*200 dpi
Record number: 429

# Fax Cover Page

**Date:** 1/10/2015                    **Time:** 10:28:44 PM                    **Pages:** 4

**To:** NC State Bureau of Investigation

**Attn.: Rodney White**

**From: Brian David Hill**

**Fax ID: 276-632-2599**

Rodney White I been set up with child porn and you need to realize that. The evidence that is being used is inadmissible and should not have been used in the first place. I will win in Jury Trial and then I will get out of politics. If has become too much of a dirty game these days. I am sick of it and am tired of being a victim of one plot or another whether it was the Righthaven lawsuit, hacking attempts on my website, or child porn getting on my computer to set me up in Marydan. I am not guilty and was coerced into the guilty confession, was coerced and threatened with the guilty plea bargain. The public defenders don't do anything but help their clients in Greensboro. There needs to be a major reform of the justice system. I will get Congress to reform the broken public defender office and then reform many things.

I hope you are investigating the threat emails. Gerald Thomas was never fired from the agency even though he is so now involved with the manufacturing of evidence in a murder case and lying in court. Why do people have to be set up with child porn? Why do people need to be sex offenders when they aren't pedophiles and aren't guilty.

You gotta ask yourself are you willing to sell your law abiding citizens to the prison factories and sex offender tracking system, like slaves in the South. Maybe slavery is coming back or the police state control grid but I know I am innocent. I am not a sex offender, and I want my life back.

I want my life back. I just want my life back, my criminal record expunged. I am not guilty and just want my life back free of any criminal records. I want a Asian wife and not even Phil Berger and his minions can stop me from having a wife. Making me a sex offender ain't gonna stop me from enjoying my life. Berger needs to be in prison. Berger the corrupt Senator, and his son the corrupt DA. Why does the government have so many criminals breaking the law while there is no mercy for us? Sounds like the days of the Nazis where Adolf Hitler hired criminals to run his empire. Now there are criminals in every police department, legislature, and government offices. Corrupt system, corrupt justice system, corrupt public defender office. Nobody is going to accept convictions as legitimate anymore.

Yes I charge the U.S. District Court with being corrupt and enslaving every person they indict.

I beg of you to refute the crime lab reports in the event the Ombudsman does discover any evidence of tampering and contamination. If there is any misconduct on the SBI's part, all I ask of you is that you admit your mistakes and admit to the U.S. District Court that your wrong so that the Judge will consider (even though working for the corrupt system) at least overturning my conviction and set me free so that I can continue obeying the law as a law abiding citizen as I have always been. You know I never been in trouble with the law before. The whole child porn case stinks to high heaven. Wake up Agent White! I am not a pedophile. I been made out to be.

I never been around children all my life, and never made any attempts of such. I never solicited anything from minors. Isn't that odd the only thing you all ever found was photos and some videos on my computer that can be planted by computer hackers and viruses. Do you understand mild autism at all, that they can falsely confess when threatened or manipulated. Oh like what happened to me.

Mayodan Police Department                                        OCA: *201200287*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/CLEARED*          **Case Mng Status:** *CLEARED BY ARREST BY*          **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

**Investigator:** *BRIM, C. T. (374)*                                    **Date / Time:** *10/03/2012 10:00:00, Wednesday*

**Supervisor:** *BRIM, C. T. (374)*                   **Supervisor Review Date / Time:** *10/03/2012 13:55:56, Wednesday*

**Contact:** *White, R. V.*                                    **Reference:** *Investigative Progress*
         *501 Industrial Avenue, Greensboro*
         *336-256-1362*

On Wednesday, October 3, 2012 at 1000 hours, I met with North Carolina State Bureau of Investigation Special Agent Rodney White (SA White) at his office and discussed this case.

SA White said he would conduct the forensic analysis of all the seized computer files and hard drives. SA White inventoried the items to be processed and gave me a copy.

*Mayodan Police Department*

OCA: **201200287**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLOSED/CLEARED*          **Case Mng Status:** *CLEARED BY ARREST BY*          **Occured:** *08/22/2012*

**Offense:** *SECOND DEGREE SEXUAL EXPLOITATION OF A MINOR*

---

**Investigator:** *BRIM, C. T. (374)*                    **Date / Time:** *10/13/2013 10:30:00, Sunday*

**Supervisor:** *BRIM, C. T. (374)*          **Supervisor Review Date / Time:** *10/13/2013 11:00:00, Sunday*

**Contact:**                    **Reference:** *Investigative Progress*

---

I recovered property from NCSBI Special Agent Rodney White. SA White processed the digital evidence and found sufficient evidence to warrant a federal indictment. The property will be stored in the department's evidence room. The remainder of the digital evidence will stay in SA White's custody.