# EXHIBIT 4

**For Federal criminal case**
**-- THIRD ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --**

**United States of America v. Brian David Hill**
**(Brian D. Hill) (formerly USWGO Alternative News)**
**Brian David Hill v. United States of America**

**Criminal Case Number 1:13-cr-00435-1**
**Civil Case Number 1:17−cv−01036**



Date: 4/19/2015
Number of pages: 8
Attn.: INTERNAL AFFAIRS(IA)
Recipient's number: T19196624523
Filename: C:\ProgramData\Venta\VentaFax & Voice 6\Out\Email Evidence for Interr
File description: Email Evidence for Internal Affairs to NC SBI(Evidence attached
Recipient's Fax ID: 9196624523
Rate: 14400 bps
Time: 11:18:08 PM
Session duration: 7:42
To: North Carolina State Bureau of Investigation(SBI)
Message type: Fax
Error Correction: YesEvidence attached)(Signed, Ready {2015-04-19}_General (Letter).ti
Resolution: 200*200 dpi
Record number: 1116

# Fax Cover Page CONFIDENTIAL URGENT

**Date: 4/19/2015** **Time: 11:18:08 PM** **Pages: 8**

**To: North Carolina State Bureau of Investigation(SBI)**

# Attn.: INTERNAL AFFAIRS(IA)

**From: Brian David Hill**

**Fax ID: 276-790-3505**

**ADDITIONAL EVIDENCE**
**FOR INTERNAL AFFAIR'S EYES ONLY**
**FOR THE INTERNAL AFFAIRS OFFICE/DIVISION**
**APRIL 19, 2015 - 10:58 PM - IA LETTER TO NC-SBI**
**- SENSITIVE INFORMATION**
**- EVIDENCE FOR THE IA**

VentaFax Cover Page

# Fax Cover Page | CONFIDENTIAL | URGENT

Date: 4/19/2015 Time: 11:18:08 PM Pages: 8

To: North Carolina State Bureau of Investigation(SBI)

# Attn.: INTERNAL AFFAIRS(IA)

From: Brian David Hill

Fax ID: 276-790-3505

## ADDITIONAL EVIDENCE
## FOR INTERNAL AFFAIR'S EYES ONLY
## FOR THE INTERNAL AFFAIRS OFFICE/DIVISION
## APRIL 19, 2015 - 10:58 PM - IA LETTER TO NC-SBI
## - SENSITIVE INFORMATION
## - EVIDENCE FOR THE IA

VentaFax Cover Page

# EMAIL
# EVIDENCE IN SUPPORT FOR INTERNAL AFFAIRS COMPLAINT
## CONFIDENTIAL - FOR INTERNAL AFFAIR EYES ONLY

**Sunday, April 19, 2015**

## EMAIL EVIDENCE TO FILE IN SUPPORT OF COMPLAINT AGAINST SBI SPECIAL AGENT RODNEY V. WHITE OF THE GREENSBORO, NC SBI REGIONAL OFFICE AT 501 INDUSTRIAL AVENUE

**North Carolina State Bureau of Investigation(SBI)**
**Headquarters**
**ATTN: INTERNAL AFFAIRS**
**Post Office Box 29500**
**Raleigh, N.C. 27626**
**Phone: (919) 662-4500**
**Fax: (919) 662-4523**
**CC: Attorney Cynthia Everson**

Dear Internal Affairs,

I am now submitting the last of the evidence on Special Agent Rodney White to your Internal Affairs Department/Division. This evidence is a local cached copy of all emails between myself and Joy Strickland of the North Carolina Department Of Justice when she was a law enforcement liaison at the NC Attorney General's office.

Due to the number of pages of each email which do not include all attachments in each email that Rodney White has confirmed verbally that he received, only the first page of each email is faxed with the header information. This proves that such emails were indeed sent to Joy Strickland and that I did request the forwarding of those emails to Agent White of the N.C. SBI in Greensboro, NC. Rodney White did admit to getting them but refused to conduct an investigation into any of them. He never intervened in the Federal Court's conviction of me even though he knew from December 2013, that I submitted evidence to him that I had a virus or Trojan Horse on the seized computer which would prove that a computer hacker framed me with child pornography. Agent White didn't want to do anything that proved my Innocence or was in my favor, only in the favor of Phil Berger Jr. (son of State Senator Phil Berger Sr.) and U.S. Attorney Ripley Rand. So Rodney White may be involved in protecting the interests of former District Attorney Phil Berger Junior since the charge was pending in Rockingham County. So political corruption in the DA Office may be apart of Rodney White's misconduct. Berger is no longer the DA of Rockingham County so he is no longer immune from being prosecuted himself for a corruption charge. That may be why I was framed with child pornography to protect the interests of those involved with the Rockingham County DA office. Anyways back to the issue of Rodney White. The attached email pages are indexed and listed herein.

The evidence I am submitting to IA is as follows:

1. "Subject: Re: email inquiry" email exchanged between my admin@uswgo.comn and

JStrickland@ncdoj.gov the email of Joy Strickland. That email was sent around Date: 12/5/2013 5:34 PM and was Received: by 10.52.189.233 with HTTP; Thu, 5 Dec 2013 17:34:23 -0800 (PST).

2. "Subject: addendum to last email" email exchanged between my admin@uswgo.com and JStrickland@ncdoj.gov the email of Joy Strickland. That email was sent around Date: 12/5/2013 10:58 PM and was Received: by 10.52.189.233 with HTTP; Thu, 5 Dec 2013 22:58:07 -0800 (PST).
3. "Subject: Grateful for the Mayodan PD backing off and returning most of my stuff" email exchanged between my admin@uswgo.com and JStrickland@ncdoj.gov the email of Joy Strickland. That email was sent around Date: 12/10/2013 7:14 PM and was Received: by 10.52.189.233 with HTTP; Tue, 10 Dec 2013 19:14:03 -0800 (PST).
4. "Subject: Mayodan police lied to me" email exchanged between my admin@uswgo.com and JStrickland@ncdoj.gov the email of Joy Strickland. That email was sent around Date: 12/12/2013 1:45 AM and was Received: by 10.52.189.233 with HTTP; Thu, 12 Dec 2013 01:45:17 -0800 (PST).

**Note: These are the records of the local copies of email records that are produced so those evidence records are at Internal Affairs. You can retrieve full copies and attachments of all of those emails records from Joy Strickland to use in the investigation of Agent Rodney White.**

The evidence I am bringing to your attention is proof that I was in contact with Agent Rodney White in December 2013 through the proxy of NC DOJ employee Joy Strickland. He never investigated any of the evidence that I had attempted to send to Rodney White in 2013, and of course he admitted he received my emails and yet still did nothing about the evidence concerning my innocence.

**This is in reference to the evidence by SBI SA White, that was used against me in the U.S. District Court for the Middle District of North Carolina, Greensboro Division, Docket# 1:13-cr-435-1, United States of America v. Brian David Hill.**

***Confidential Notice: This letter and all documents/evidence attached herein is confidential and intended only for Internal Affairs(IA) of the SBI and all Agents, Directors, employees, officers, and persons that are authorized by IA to handle the complaint and conduct their investigation of the complaint to which it doesn't compromise their investigation. This is made confidential for the protection of the information and to keep the entire investigation safe from being compromised. This letter will be faxed and forwarded to my North Carolina Private Attorney named Cynthia Everson of the Everson law Firm at the phone number (704)674-8007 and at email cynthia@eversonlawoffice.net through her fax number (866) 813-4446. She didn't sanction the complaint but I myself am conducting the complaint so that the truth about SA White can be discovered and SA White can be held accountable for any misconduct he has committed.***

Sincerely,

Brian D. Hill
Signed

**Brian D. Hill**
Signed

Brian David Hill
(276)632-2599
admin@uswgo.com
916 Chalmers St., Apt. D
Martinsville, VA 24112

**Subject:** Re: email inquiry
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/5/2013 5:34 PM
**To:** "Strickland, Joy" <JStrickland@ncdoj.gov>
**MIME-Version:** 1.0
**Received:** by 10.52.189.233 with HTTP; Thu, 5 Dec 2013 17:34:23 -0800 (PST)
**X-Originating-IP:** [50.134.38.138]
**In-Reply-To:** <D6CCF8AAB4807D47AB53352D8E9E46AC05E1A834AA@JSIMXS02.JUSTICE.NCDOJ.LOCAL>
**References:** <D6CCF8AAB4807D47AB53352D8E9E46AC05E193AE7D@JSIMXS02.JUSTICE.NCDOJ.LOCAL> <CAF+kR9ngfyBiyWvoixTx6o3XGLLH4aDABb5cDCScyg4DJz0+CA@mail.gmail.com> <D6CCF8AAB4807D47AB53352D8E9E46AC05E1A834AA@JSIMXS02.JUSTICE.NCDOJ.LOCAL>
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9kdpMLMt=q27Ljupw2RXoYdYz6i48zqMrjF05qhnPYduA@mail.gmail.com>
**Content-Type:** multipart/mixed; boundary=047d7bacc1a45c75a504ecd3a5ea

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

I am now aware after contacting the SBI Office, that I am under investigation by the Greensboro, NC SBI Office, under Agent Rodney White. I like for you to keep a record of this email for your records and send a carbon copy to SBI Agent Rodney White. You may even share this with the Attorney General if you feel it is appropriate. I am even willing to supply the appropriate affidavits if required. My family also are witnesses and are willing to produce affidavits then notarize them then send them to your office if necessary.

I am representing myself pro se until I can either afford a lawyer, am appointed a lawyer, or one decides to help me pro bono. My only source of income is Supplemental Disability Income (SSI) from Social Security, getting medical help from Medicaid, and food assistance from EBT. I have type 1 brittle diabetes and mild autism. I thought this is something the investigator should be aware of. I have all the medical records proving this and one of my former doctors was Dr. Steven South of Greensboro NC, and the patient record I am citing is Brian David Hill, born on May 26 1990.

I like to introduce evidence in my case that helps prove my innocence claims on the day of the police raid(Attachment A) to the Mayodan Police. During the raid I told the chief of police of Mayodan that it was a Trojan horse that I believe was the cause behind what caused the raid. I may have told the detectives about this as well but I cannot remember as it was 15 months ago since the incident. I received a Inventory(Attachment B) of all my property that was seized. Due to being threatened by either the police chief or detective sergeant saying things to me and my mother, and grandparents like "Fess Up!!!! We know you did it!!!! You better fess up or else your mother will be held responsible." Also I was being intimidated by the police chief on writing a hobby blog news article(Attachment C(2)) about how he kicked me out of the town council, after telling me "This is Serious!!!" and was scaring me then accused me of slandering him on my news website, which is why I didn't defend myself verbally when I was falsely accused of slandering the chief, cause I was afraid of him. He was also angry due to a YouTube video(Attachment C) that I had uploaded showing me confronting the state senator with a camera to ask him questions as a news reporter, and was escorted out by the police chief which the video shows, then intimidated and threatened me in the town municipal lobby when my camera was turned off. After that incident on July 9th 2012 I was under criminal investigation for possible child porn downloading and distribution.

Something the SBI needs to also investigate was a finder binder that happened around anywhere between July and August 2012. The driver on record was Roberta Ruth Hill my mother. She was on GMAC insurance at the time, and the Mayodan Police intervened to take the case even though the incident happened on private property located in Madison, NC. Of course all information due to the finder binder I believe was used in the search warrant. I had long suspected that the finder binder was foul play to further punish us for me writing that article about the possibly corrupt police chief and gather information for the search warrant but proving it is difficult. I had tried to get a former insurance fraud investigator to dig up all insurance records on Roberta Hill including possible police reports that the insurance provider had likely acquired regarding the finder binder to see if the person that made the claim and wanted my mom's insurance information was in any way connected to the police or District Attorney in any way which would be probable cause to initiate a FBI or SBI investigation into the matter to interrogate the finder binder claimant to see if she was paid money or given any favors by the Mayodan police detective or Reidsville police detective to cause the incident to gather enough information for the search warrant affidavit. Also my IP Address was manually entered into the Boca Raton, Florida-Based "Child Protection System" and not automatically flagged as the search warrant said, which I

**Subject:** addendum to last email
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/5/2013 10:58 PM
**To:** "Strickland, Joy" <JStrickland@ncdoj.gov>
**MIME-Version:** 1.0
**Received:** by 10.52.189.233 with HTTP; Thu, 5 Dec 2013 22:58:07 -0800 (PST)
**X-Originating-IP:** [50.134.38.138]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9mOKj5EgaJGHdgOgAe=vXnh9zm0U6-L8KD=pSMEDOWteA@mail.gmail.com>
**Content-Type:** multipart/mixed; boundary=20cf307cfeb41bbf2204ecd82b5c

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

This is an addendum to the last email with further attachments and details concerning what happened to me and my mother prior to the child porn investigation which seems to connect and be related to the search warrant which led to the raid. Of course a few theories about the NSA but you never know if they were involved in this or not. That is up to the SBI to investigate which will validate my claims and document them to prove my claims of innocence and possible foul play.

I have more evidence that there was foul play on the part of the Mayodan Police Department which makes this child porn investigation a possibly phony or that it was foul play by the Mayodan Police Department as a way to target me for my YouTube video and news articles under my hobby blog USWGO Alternative News. A few days after I went to the Mayodan Town Council on record for the July 9th 2012 town council meeting to make a statement as to why they should not have the town attorney refuse my town resolution asking the police chief to block anybody being abducted under the NDAA 2012 federal law, I also had announced publicly that I would confront the state senator to ask questions as press legally and lawfully. At that same day I had stated in the last email that the police chief threatened and intimidated me. After I written the article on the fact that in the town council I was being booted by the chief of police being escorted out of the town council and complaining about it, a few days my mother was harassed by the Mayodan Police Department which may pertain to the child porn investigation but according to the search warrant affidavit, The Mayodan Police Department wasn't involved officially in the search warrant until August 22, 2012 which is a month after she was reportedly harassed by Mayodan Police when walking down to the dollar general store asking about a possibly young girl or kid walking and wanted her to answer their questions out of the blue, then around early August I think that was when the finder binder happened to which the Mayodan Police insisted they take my mom's case to get all her information to use in the search warrant when the search warrant stated the Mayodan Police would not know about the child porn case until Robert Bridge contacted Todd Brim according to the affidavit in the warrant. This is the contradictions I have discovered and possible evidence of not adding all the right information in the search warrant and possible perjury. The earlier harassment could mean prior investigative knowledge or that they were planning some kind of an investigation earlier then what was claimed in the search warrant which could make it fraudulent or false information being knowingly added to make the affidavit look like it was legit.

I am adding new Attachments to this addendum and explain factually how it applies to the search warrant affidavit by Todd Brim.

Under Attachment H, I have specifically complained on PrisonPlanet Forum about my mom being harassed by the Mayodan Police after she told me what had happened to her when she had walked to the Dollar General store near the downtown area of the town. I had no idea I was under criminal investigation at the time but somehow I knew the Mayodan Police hated me and were gonna try to incarcerate me or come after not knowing what they had planned. It also tells the exact day my mom was harassed which was July 12, 2012, three days after the town council incident with Charles J. Caruso. I didn't do any crime which would give me a reason to think they would try to come after me but with they way they harassed my mom, I was scared they would pull something. Complaining on a internet forum was the best thing I ever could have done as that marks a time and date stamp on when the event has occurred or close to the original time the event occurred.

Also when I had interviewed my mom in a professional fashion, asking her questions about the police harassment to document it on record she told me where she was harassed by the Mayodan Police, it could have been either Caruso, the police detective, or someone ordered by Caruso, but my mom could not recall whom the police officer was nor has his/her badge number. I will Attach both this and a Google Street View picture showing where my mom was harassed by the Mayodan Police one month before the police raid and of course weeks before I was under child porn investigation. Also my mom has been around me multiple times when the police chief was around and knew she was my mother or is a relative of mine. Around July 9th when my mom showed up later after being intimidated and threatened by Caruso where I almost cried, my mom was asking if I was okay. I told her my blood sugar was a little low and she noticed the police chief was staring at me and my mom, at least I think it is what she told me.

Here is the professional interrogation of my own mother regarding the police that stopped her 3 days after July 9th 2012 where the town council incident happened, also I am sure my mother will be happy to supply an affidavit for this:

> Interrogation/interviewing Roberta Ruth Hill for case:

**Subject:** Grateful for the Mayodan PD backing off and returning most of my stuff
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/10/2013 7:14 PM
**To:** "Strickland, Joy" <JStrickland@ncdoj.gov>
**MIME-Version:** 1.0
**Received:** by 10.52.189.233 with HTTP; Tue, 10 Dec 2013 19:14:03 -0800 (PST)
**X-Originating-IP:** [50.134.38.138]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9k05ngf26QL2UQPwh3t7=3rrDtVpBGUL7OAXRxDd0EkPw@mail.gmail.com>
**Content-Type:** multipart/mixed; boundary=bcaec5485c8207c5ab04ed399fb3

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

Note: You can forward this to the SBI Agent Rodney White if necessary, keep this email on record, and forward to the Attorney General if appropriate. This is a new email but is connected with the other two most recent emails I had sent to you regarding the criminal investigation case on me at the Greensboro SBI. This will be the last email I send to the Assistant Attorney General to forward top the SBI until additional evidence has been acquired by me or any of my allies. For now I will wait for the state to respond to my claims, evidence, requests, and inquiries. They can respond to my email admin@uswgo.com or call my home number **276-632-2599**, or send a letter to **916 Chalmers St. Apt D, Martinsville, VA 24112**. I am giving my home address and phone number for any written requests the state will like to send me. I am also still willing to be interviewed over my claims.

I am grateful that the Mayodan Police Department has decided not to file charges(Attachment A) and return most of my stuff back to me while the rest is still likely at the state crime lab. I am grateful that the Mayodan police are correcting their mistakes and informing my family member over the matter in a friendly and professional manner. I am grateful that the wrongs are being righted finally.

I did nothing wrong and do not deserve to be deprived of my property without due process of law as the Constitution has stated. Since there really is no case against me due to the Trojan horse evidence, and possibility of foul play, civil liberties violations, the search warrant having contradictions and possibly false, missing, and/or inaccurate information and can be challenged as not-valid, and possibility of evidence being planted and/or contamination from previous examination of my property prior to the crime lab examination. That previous examination by Detectives Todd Brim and Robert Bridge is in conflict with the state policy regarding crime lab procedure, which I read from the NC state crime lab website documents which states that evidence cannot be examined previously due to possible evidence contamination which the exemption to

**Subject:** Mayodan police lied to me
**From:** Brian Hill <admin@uswgo.com>
**Date:** 12/12/2013 1:45 AM
**To:** "Strickland, Joy" <JStrickland@ncdoj.gov>, "Gray, Angel" <agray@ncdoj.gov>
**MIME-Version:** 1.0
**Received:** by 10.52.189.233 with HTTP; Thu, 12 Dec 2013 01:45:17 -0800 (PST)
**X-Originating-IP:** [50.134.38.138]
**Delivered-To:** admin@uswgo.com
**Message-ID:** <CAF+kR9k07uzf3AgHZeDvxqEyL0cg=KoxoeoyMOG7nzsv7KH0sw@mail.gmail.com>
**Content-Type:** multipart/mixed; boundary=089e0122e9f4019e6e04ed533444

Dear
Joy Strickland
Assistant Attorney General
Law Enforcement Liaison Section
North Carolina Department of Justice
919-662-4509 ext. 4400,

The Mayodan Police Chief lied to me in order to bait me to be arrested. I did nothing criminal. I humbly request that the criminal indictment be dropped or delayed. I am trying to get a lawyer from the Rutherford Institute, ACLU, EFF, ACLJ, or any other civil liberty group out there that provides legal assistance to people in my situation that I have been politically persecuted. Please allow me time to get a lawyer since all a court appointed attorney will do is make me plead guilty when I committed no crime. What's the point of a public defender if they will just get me to plead guilty. I did nothing illegal.

I ask that the President of the US or state governor grant me a pardon of innocence or that the charges be dropped or that I am given enough time to get a lawyer that has the resources to be able to fairly defend me in federal court. I ask that the arrest warrant be delayed. Under the Adam Walsh Act type restrictions I will be barred from using a computer and all evidence of my innocence is on my computer and Internet email account. The unconstitutional Adam Walsh Act will prevent me from having a fair trial, from having access to my innocence evidence which are located in my email accounts on domain uswgo.com. That the Attorney General use the evidence I have provided as reason to stall the arrest until I get a good lawyer then I will have a good attorney that won't just make me plead guilty when I committed no crime. I am not guilty and this is ridiculous. I suffer severe health problems and will never survive in a detention facility.

Please respect my wishes to allow me to prove my innocence. I am a victim of a criminal set up. I also will provide attachments of the threats I got that I didn't include in the first email that had attachments.

I am providing attachments of the arrest warrant and indictment as well. I know the Mayodan police had lied to me and other people repeatedly. I like all criminal claims to be challenged with my innocence evidential claims. I have been set up and will not go down without a legal fight. If

Mayodan and the District Attorney Philip Edward Berger Jr. wants me to be set me up with child porn that badly then I guess they got their wish. using the false confession that was generated through threats and coercion. This is all wrong, the court is treating me like I am some criminal when that is far from the truth.

Once I get a lawyer, I will no longer speak to you and it will be the attorney involved in my case. I hate that this is happening and my physical health is deteriorating right now ever since I found out about the arrest warrant.

Thanks to Charles J. Caruso, I will likely end up abused in detention or even end up dead for upsetting the state senator Phil Berger Sr. I written articles about him and I wondered if he pulled his connections as a powerful man to come after me. I hope you investigate that senator to see what he is doing about this, the District Attorney Berger Jr., and investigate the Mayodan Police Department. At least I like to go under protective custody since the Mayodan police might hurt me.

I beg of you to audit them for what they likely did to me. You owe at least an audit to me before me being set up by your State Bureau of Investigation crime labs. I guess your crime labs set me up like all the others. The public is going to know what your state has done to me if they don't correct the damages done by the police chief, state senator, District Attorney, and SBI Agent Rodney White and Gerald Thomas. I am going to the press to inform them on what your state SBI has done to me, I am going to Congress and let them know that NC has set me up with child porn if nothing is done to help prove my innocence. I ask that you correct the damages before it is too late. I ask that you respond to me within 48 hours before I am arrested.

--

Sincerely,
Brian D. Hill
Former USWGO Alternative News founder
admin@uswgo.com

— Attachments: —

| | |
|---|---|
| BRIAN HILL ARREST WARRANT.pdf | 27 bytes |
| BRIAN HILL FED COMPLAINT - 1.pdf | 27 bytes |
| HILL, BRIAN INDICT.pdf | 27 bytes |
| Attachment F-USWGO Mail - You better watch out........pdf | 27 bytes |
| Attachment G-USWGO Mail - Your gonna get it.pdf | 27 bytes |