# CERTIFICATE OF SERVICE

Defendant hereby certifies that on December 1, 2017, service was made by mailing the original of the foregoing:

(1) THIRD ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION

(2) FOURTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) (SEALED VERSION) DECLARATION, ATTACHED EVIDENCE EXHIBIT IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION

(3) FOURTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) (NON-SEALED VERSION) DECLARATION, ATTACHED EVIDENCE EXHIBIT IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION

(4) FIFTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION

1

+ Exhibits incl. 1x Audio CD disc for the Clerk, 1x Audio CD for the Government, and 1x Audio CD for the Judge to be reviewed by the Habeas Court,

by deposit in the United States Post Office, in a large 10.5IN x 15IN envelope (may be Priority Mail), Postage prepaid under certified mail tracking no. 7017-1450-0000-9407-6773, on December 1, 2017 addressed to the Clerk of the Court in the U.S. District Court, for the Middle District of North Carolina, 324 West Market Street, Suite 1, Greensboro, NC 27401. Then pursuant to 28 U.S.C. §1915(d), Defendant requests that the Clerk of the Court shall have considered mailing the Government's COPY of 1x Audio CD, then electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following parties to be served in this action:

**Anand Prakash Ramaswamy**
**U.S. Attorney Office**
**Criminal Case # 1:13-cr-00435**
**101 South Edgeworth Street, 4th Floor**
**Greensboro, NC 27401**
**Anand.Ramaswamy@usdoj.gov**

This is pursuant to Defendant's "In forma Pauperis" ("IFP") status, 28 U.S.C. §1915(d) that "The officers of the court shall issue and serve all process, and perform all duties in such cases..." the Clerk shall serve process via CM/ECF to serve process with all parties.

| Date of signing: | Respectfully submitted, |
|---|---|
| December 1, 2017 | Brian D. Hill Signed |
| | Signed |
| | Brian D. Hill (Pro Se) |
| | 310 Forest Street, Apartment 2 |
| | Martinsville, VA 24112 |
| | Phone #: (276) 790-3505 |
| | U.S.W.G.O. |

Brian David Hill v. United States of America | Criminal Action No. 1:13-cr-435-1

Civil Action No. 1:17-cv-01036

2