# EXHIBIT 1

**For Federal criminal case filing
-- FIFTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --
United States of America v. Brian David Hill**
(Brian D. Hill) (formerly USWGO Alternative News)
**Brian David Hill v. United States of America**

Criminal Case Number 1:13-cr-00435-1
Civil Case Number 1:17−cv−01036



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# GREENSBORO DIVISION

| | |
|---|---|
| United States of America<br>Plaintiff(s), (Respondent)<br>v.<br>Brian David Hill<br>Defendant(s), (Petitioner) | 1:17-cv-01036<br>Case No. 1:13-cr-00435-1<br><br>**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK** |

<u>Part of Exhibit 01</u>, Audio CD disc filed in attachment/support of "FIFTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125)" - "DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION" _____ is being filed in paper or physical form with the Clerk's Office for the Middle District of North Carolina. The item will in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Middle District of North Carolina.

DATED this <u>30th</u> day of <u>November</u>, <u>2017</u>.    *Brian D. Hill*
                                                                           Signed

Brian D. Hill (Pro Se)
310 Forest Street, Apartment 2
Martinsville VA 24112
Phone #: (276) 790-3505

USWGO

Name, Address, and Phone Number of Counsel or Pro Se

**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK**



# Certified Phone Call Transcript

By Transcriber Brian David Hill, former USWGO Alternative News reporter

From phone number: 276-632-2599

To phone number: 1-336-332-6000

Rough Transcript from phone conversation

Call was placed on: July 29, 2015 at around approx. 03:41:03PM and lasted for about 3:32 (M:S)

**Party One:** Brian D. Hill

**Party Two:** U.S. District Court (Middle Dist. Of N.C., Greensboro Division) Clerk's Office before being transferred to Docket/Deputy Clerk Joy Daniel

I certify that all of the conversations of this transcript is true and correct to the best of my abilities which I sign my name to certify this Transcript as typed up by me. My certification will be stated under penalty of perjury at the bottom of this Transcript.

Brian D. Hill *Signed*  |  Brian D. Hill *Signed* — resigned Nov. 30, 2017  |  August 2, 2015 10:41 PM
SIGNATURE  |  DATE/TIME

## Transcript of Call

&lt;Dial Tone&gt;

&lt;Automated Phone Attendant machine&gt;

&lt;One Number was dialed&gt;

**Woman from Clerk's Office:** U.S. Clerk's Office, This is Carol, may I help you?

**Brian D. Hill:** May I speak with Joy Daniel please

**Woman from Clerk's Office:** Yes hold on just a moment

&lt;Pause&gt; (Transferred to Joy)

**Joy Daniel:** This is Joy, Can I help you?

**Brian D. Hill:** Hey! This is Brian Hill calling and I just got a question....



**Joy Daniel:** Uh huh!

**Brian D. Hill:** Whenever I was told by you and the Clerk's Office not to file anything through my cell phone to the clerk's general email, umm was I compliant with your....like with the instructions?

**Joy Daniel:** Well that directive didn't come from me, that came from the Judge.

**Brian D. Hill:** Oh regarding the filing stuff with the Clerk?

**Joy Daniel:** Right!

**Brian D. Hill:** Okay so he was the one that sent the letter.

**Joy Daniel:** ...What Letter?

**Brian D. Hill:** uh..The Letter that was around April that directed me to not send anything to the Clerk's general email address?

**Joy Daniel:** Right!

**Brian D. Hill:** ...So I mean as far as that was I compliant?

**Joy Daniel:** As far as that what now?

**Brian D. Hill:** Like as far as following instructions of that not filing things through the cell phone

**Joy Daniel cut in:** Um-Hmm

**Brian D. Hill:** to your email address of the Clerk's Office, I mean do you believe I was compliant

**Joy Daniel:** Well I mean if you want to file something, you need to mail it in to our office, instead of sending it to a email. Because really you know whatever it is you want to file you need to serve it with...umm on you know opposing counsel or whoever you know is representing the other side.

**Brian D. Hill:** Umm.. Yeah but I mean like after you directed me to do that, I haven't attempted to file anything more to your office through cell phone

**Joy Daniel:** Um-Hmm

**Brian D. Hill:** Okay cause you know I just wanted to hear from uh you that you know cause um cause somebody (referring to United States Probation Officer Kristy Burton without mentioning her name) claimed I didn't comply with the Clerk's Office request.

**Joy Daniel:** Well I don't know, I don't know anything about that...



**Brian D. Hill:** Anyways Umm Thank You!

**Joy Daniel cut in:** Uh-huh Your Welcome!

&lt;Joy Hung phone up&gt;

I, Brian David Hill (also known as Brian D. Hill) certify that my phone call Transcript on Pages 1, 2 and 3 is true and correct to the best of my abilities of what conversation was being exchanged between myself and the U.S. District Court over the phone. The phone number I believe is a phone number of the U.S. District Court, for the Middle District of North Carolina, Greensboro Division, at 324 West Market Street, Suite 1, Greensboro, NC 27401, at the L. Richardson Preyer Federal Building. The case that I believe that I and Joy Daniel was discussing over was my criminal case docket number 1:13-cr-00435-1. I had consented to Transcribing the phone call as best as I could as an involved party to use as evidence if needed. This Transcript was created Pro Se then officially stored in the USWGO/BRIAN D. HILLS LEGAL FILINGS filing cabinet and/or on local electronic computer records as a PDF file. The pages will be printed, signed, and then the signed page or pages will be scanned then replacing the unsigned page of the document for certification purposes.

This is a certified Transcript from private party Brian D. Hill. I made this Transcript on my own without any assistance from a law enforcement agency or government entity. I am not a professional transcriber and had to type it up quickly. As a citizen, I did the best I could on this Transcript for the record.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 2nd, 2015

Certification authorized and executed by Title 28 U.S. Code § 1746 under the laws of the United States

*Brian D. Hill* -resigned Nov. 30, 2017
Signed

*Brian D. Hill*
Signed

SIGNATURE

August 2, 2015
10:41 PM

DATE/TIME

Brian David Hill
916 Chalmers St., Apt. D
Martinsville, VA 24112
Phone: (276) 632-2599
Former USWGO Alternative News reporter