# EXHIBIT 2

For Federal criminal case filing
-- FIFTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative News)
Brian David Hill v. United States of America

Criminal Case Number 1:13-cr-00435-1
Civil Case Number 1:17−cv−01036





| JAMES C. DUFF | ADMINISTRATIVE OFFICE OF THE | LAURA C. MINOR |
| Director | UNITED STATES COURTS | Associate Director |
| | | Department of Program Services |
| JILL C. SAYENGA | WASHINGTON, D.C. 20544 | MATTHEW G. ROWLAND |
| Deputy Director | | Chief |
| | | Probation and Pretrial Services Office |

July 14, 2015

Mr. Brian David Hill
916 Chalmers Street, Apt. D
Martinsville, VA 24112

Dear Mr. Hill:

    I write in response to your letter to our office received on July 7, 2015, concerning alleged misconduct by U.S. Probation Officer Kristy L. Burton (Western District of Virginia).

    The Judiciary takes seriously its responsibility for the proper supervision of all persons on probation, pretrial release and supervised release. We appreciate your coming forward with concerns, as our office strives to provide oversight of all federal probation office operations.

    Accordingly, I have referred your letter to Paul Williams, Chief U.S. Probation Officer for the Western District of Virginia. Chief Williams will investigate your allegations and we will take appropriate action if deemed necessary.

Sincerely,

Hubert J. Alvarez
Probation Administrator
Program Oversight Branch

[Handwritten note: COPY - USWGO VentaFax records Nov. 30, 2017 Brian D. Hill Signed]

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY