# EXHIBIT 4

For Federal criminal case filing -- FIFTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --

United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative News)
Brian David Hill v. United States of America

**Criminal Case Number 1:13-cr-00435-1**
**Civil Case Number 1:17−cv−01036**



# Response to Clerk of the Court

From   2762240862 <2762240862@mypixmessages.com>
To     Clerk of the U.S. District Court
Sent   Clerk's general email through MMS Cell Phone
       Sunday, April 26, 2015 or April 25, or 24. Time Unknown

Dear Clerk of the Court, of the U.S. District Court,

I understand what you are saying. I will file no more through your general clerk email. All future filings will be through U.S. mailing or hand delivery. However I'm sure it will be okay if I make a request for you then. I ask that you submit my MOTION on the computer forensic examination to the assignment of Judge William L. Osteen Jr. as soon as possible so he can rule on it. Thanks for filing Doc #76 and I am grateful that you allowed that and I understand I have to follow proper filing procedures and rules. I am Innocent and never should have been convicted so I am trying to seek Justice for the injustices done to me by the public defender office.
- USWGO Brian D. Hill
Phone # 276-632-2599
916 Chalmers St., Apt. D
Martinsville, VA 24112

I do not have access to the cell phone with this text messaging record but do have a copy of the text and misc. important information. This shall serve as a copy of my text messaging record of what was sent to the U.S. District Court Clerk's Office through Cellular Phone using Multimedia Messaging Service to the Clerk's General Email Address while USPO Kristy Burton permitted my texting. - Brian D. Hill

I declare under penalty of perjury that the foregoing is true and correct.
Executed on August 12, 2015.

*Brian D. Hill*
Signed

Brian D. Hill(Brian David Hill) (Pro Se)
(276)632-2599
Former news reporter and founder of USWGO Alternative News
916 Chalmers St., Apt. D
Martinsville, VA 24112

Signed on November 29, 2017
310 Forest St, Apt. 2
Martinsville, VA 24112
(276) 790-3505