# EXHIBIT 5

For Federal criminal case filing
-- FIFTH ADDITIONAL EVIDENCE DECLARATION IN SUPPORT OF DOCUMENT #128, #128-1, AND 128-2 "BRIEF / MEMORANDUM IN SUPPORT OF BRIAN DAVID HILL'S "MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY"" (DOCUMEMT #125) -- DECLARATION, ATTACHED EVIDENCE EXHIBITS IN SUPPORT OF BRIAN DAVID HILL'S § 2255 MOTION --
United States of America v. Brian David Hill
(Brian D. Hill) (formerly USWGO Alternative News)
Brian David Hill v. United States of America

Criminal Case Number 1:13-cr-00435-1
Civil Case Number 1:17−cv−01036



Brian Hill's probation officer made a visit to his house on April 28, 2015 at abt 12:15 pm. She said that she just went down to Brian's apartment, and no one answered the door. Brian was visiting us and told her that was because he was visiting his grandparents. She asked if it was only Brian and his grandpa here, grandma came to the living room and said she was here too. She then proceeded to tell Brian that he was not to text the court. The judge in NC had notified the probation office about his text. She said Brian is not to text the court at all. Then she said that Brian was not to use the text at all. At this point Brian's grandpa went up to get Brian's mom. Brian said, "then I can't text my lawyer". I told her that the text is a service from the telephone company. She said texting went through an internet service, and he was not to use texting at all. He can call and send letters, but no internet and no texting. Brian asked if he could get special permission to text his lawyer. She again said that he can call or send letters but no texting. Brian got upset and called her "an asshole". His family got on to him about this, and she told him he could meet her at the state probation office. Brian settled down a little, then they talked awhile. He would walk out of the room, and she would order him to come back, sit down and listen to her. Brian got upset and called her another name and started knocking things down on the floor as he was sitting in the chair. She told him that he had to call and reschedule his appointment, and his family remained calm, and probation officer left the house after telling Brian that she did not have to stay and listen to that. She did not ask Brian about why he canceled his appointment, just ordered him to go to the Piedmont. She said that she calls here and can't leave a message. We told her we found out others couldn't either and had called the phone company twice about the problem.

Brian Hill's grandmother,

Stella Forinash