

#5 | 10.5 IN x 15 IN | 26.6 CM x 38.1 CM

Seal-It BRAND ™/MC

NII-10313 • Re-order # GLD30510

Conros is the exclusive licensee of the trademark and logo of/
Seal-It Brand™/MC est licencié exclusif du marque déposée et du logo
Used under permission/Utilisés sous autorisation.
Imported in Canada by/Importé au Canada par: Conros Corp.,
Toronto, Ontario M4A 1X3 Canada
Imported in USA by/Importé aux É.-U. par: LePage's 2000 Inc.,
Romulus, MI 48174 USA
Made in China/Fabriqué en Chine

www.sealitbrand.com
comments@sealitbrand.com
1-877-621-4125


0 79331 00315 8

Seal-It BRAND ™/MC
**Self-Sealing Bubble Cushioned Mailer**
**Expéditeur auto-collant de bulle coussiné**

#5 | 10.5 IN x 15 IN | 26.6 CM x 38.1 CM